JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Mary Olvera, Individually and as next friend of
Denise Olvera, Debbie Michelle Olvera and
Jaclyn Olvera, minor children

## DEFENDANTS

City of Brownsville, Brownsville
Police Dept., Cmaeorn County Sheriff's Dept.
County of Cameron, Pete Dominguez, Indiv. and in
his official capacity as Policeman; Juan Salinas
Indiv. and in his official caapcity as Policeman
Juan Jose Trevino indiv. & his official capacity
Policeman, John Does One through four

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Cameron**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **Cameron**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

United States District Court
Southern District of Texas
FILED

Angela Nix    (956) 548-0521
ATTORNEY AT LAW
955 E. Madison
Brownsville, Texaas 78520

NOV 0 2 2000

Michael N. Milby
Clerk of Court

ATTORNEYS (IF KNOWN)    (956) 541-1846

George C. Kraehe
WILLETTE & GUERRA, L.L.P
3505 Boca Chica Blvd., Suite 460
Brownsville, Texas 78520

B-00-172

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Section 42 U.S.C.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgement | ☐ 330 Federal Employers Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
None

JUDGE _____ DOCKET NUMBER _____

DATE.
11/2/00

SIGNATURE OF ATTORNEY OF RECORD
_(signature)_

UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 2 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE: PETITION OF MARY OLVERA Individually and as Next Friend of IRIS DENISE OLVERA, DEBBIE MICHELLE OLVERA, and JACLYN OLVERA MINOR CHILDREN, §§§§§§ | |
| VS. §§ | CIVIL ACTION NO. **B - 00 - 172** (JURY REQUESTED) - |
| CITY OF BROWNSVILLE, BROWNSVILLE POLICE DEPARTMENT, CAMERON COUNTY SHERIFF'S DEPT., COUNTY OF CAMERON, PETE DOMINGUEZ, Indiv. and in his official capacity as Policeman, JUAN SALINAS, Indiv. and in his official capacity as Policeman, JUAN JOSE TREVIÑO, Indiv. and in his official capacity as Policeman, JOHN DOES' ONE through FOUR, §§§§§§§§§§§ | |

## PETITION FOR REMOVAL OF CIVIL ACTION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW City of Brownsville, Brownsville Police Department, Pete Dominguez,

individually and in his official capacity, Juan Salinas, individually and in his official capacity,

and Juan Jose Treviño, individually and in his official capacity, some of the Defendants in the

above-styled and numbered cause, and file this their Petition for Removal of a Civil Action from

the 107th Judicial District Court of Cameron County, Texas, to this Court for the reasons

delineated below.

1

## I.

## NATURE OF THIS ACTION, JURISDICTION AND VENUE

1.      This civil action being removed was instituted in the 107th Judicial District Court

of Cameron County, Texas, and alleges violations of the United States Constitution and is

therefore predicated upon the present day codification of the Reconstruction Era Civil Rights

Act, 42 U.S.C. § 1983.

2.      The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331, 1343,

1367, and 1441.

3.      Venue of this removed action is prescribed by 28 U.S.C. § 1441(a) and properly

lies in this Brownsville Division of the Southern District of Texas, the District and Division

where the Petitioners' state action is filed.

4.      Petitioners reside in Cameron County, Texas.

5.      Defendant City of Brownsville is a municipality and a political subdivision

organized under the laws of the State of Texas.

6.      Defendant Brownsville Police Department is a subdivision of the City of

Brownsville.

7.      Defendant Cameron County is a political subdivision of the State of Texas.

8.      Defendant Cameron County Sheriff's Department is a subdivision of Cameron

County.

9.      Defendant Pete Dominguez was an employee of the Brownsville Police

Department at the time of the incident made the basis of this lawsuit.

10.      Defendant Juan Salinas was an employee of the Brownsville Police Department at

2

the time of the incident made the basis of this lawsuit.

11.     Defendant Juan Jose Treviño was an employee of the Brownsville Police Department at the time of the incident made the basis of this lawsuit.

12.     The identities of Defendants "John Does One Through Four" are not known at this time.

## II.

## <u>REMOVAL</u>

13.     On or about October 27, 2000, Petitioners, Mary Olvera, individually and as Next Friend of Iris Denise Olvera, Debbie Michelle Olvera, and Jaclyn Olvera, Minor Children, instituted a civil cause in the 107th Judicial District Court of Cameron County, Texas, by filing a Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Restraining Order and Request for Temporary Orders and Order Setting Hearing with the District Clerk of Cameron County, Texas. Petitioners' cause is styled *In Re: Petition of Mary Olvera, et al. vs. City of Brownsville, et al.*, Cause Number 2000-10-4412-A. A true and correct copy of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders and Order Setting Hearing is attached hereto as Exhibit "A-1".

14.     On October 27, 2000, citation was issued for service of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders on Defendant City of Brownsville. The City of Brownsville has not yet.been served. A copy of the certified docket sheet showing issuance of citation is attached hereto as Exhibit "A-2".

3

15.     On October 27, 2000, citation was issued for service of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders on Defendant Brownsville Police Department. A copy of citation on the Brownsville Police Department is attached as Exhibit "A-3".

16.     Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders was served on Defendant Brownsville Police Department on October 31, 2000.  The citation showing return of service on October 31, 2000, on the Brownsville Police Department is attached to this Petition as Exhibit "A-4".

17.     On October 27, 2000, citation was issued for service of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders on Defendant Cameron County Sheriff's Department. Defendant Cameron County Sheriff's Department has not yet been served. A copy of the certified docket sheet showing issuance of citation is attached hereto as Exhibit "A-2".

18.     On October 27, 2000, citation was issued for service of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders on Defendant Cameron County. Defendant Cameron County has not yet been served. A copy of the certified docket sheet showing issuance of citation is attached hereto as Exhibit "A-2".

19.     On October 27, 2000, citation was issued for service of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders on Defendant Pete Dominguez. Defendant Pete Dominguez has

4

not yet been served.  A copy of the certified docket sheet showing issuance of citation is attached hereto as Exhibit "A-2".

20.    On October 27, 2000, citation was issued for service of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders on Defendant Juan Salinas.  Defendant Juan Salinas has not yet been served.  A copy of the certified docket sheet showing issuance of citation is attached hereto as Exhibit "A-2".

21.    On October 27, 2000, citation was issued for service of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders on Defendant Juan Jose Treviño.  Defendant Juan Jose Treviño has not yet been served.  A copy of the certified docket sheet showing issuance of citation is attached hereto as Exhibit "A-2".

22.    There has been no request for issuance of citation for service of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders on Defendants "John Does One Through Four".

23.    Removal of this action is proper.  Petitioners allege in their Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders that they seek evidence "to determine who was responsible for the wrongful death of David Olvera, deceased and the conduct giving rise to the intentional infliction of emotional distress claims and 1983 civil rights violations/claims of the surviving spouse and three (3) minor children."  (Ex. "A-1" at 5.)  Petitioners thus clearly allege violation of their rights under the Constitution and laws of the United States, giving this Court jurisdiction of this

5

matter under 28 U.S.C. §§ 1331, 1343, 1367, and 1441.

24.     This Court has jurisdiction of Petitioners' supplemental state law claims under 28 U.S.C. § 1367.

25.     By virtue of the time limits imposed under the statute governing the procedure for removal, this Petition for Removal is timely.

26.     Defendants attach hereto and accompany this Petition with true and correct copies of all of the pleadings and orders in the State Court.

Signed on November 2, 2000.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _George C. Kraehe_

George C. Kraehe
State Bar No. 00792631
USDC Adm. No. 19355

Attorneys for Defendants City of
Brownsville, Brownsville Police
Department, Pete Dominguez, Juan Salinas,
and Juan Jose Treviño, individually and in
their official capacities

6

CAUSE NO. 2000-10-4412-A

| | | |
|---|---|---|
| IN RE: PETITION OF | § | IN THE DISTRICT COURT |
| MARY OLVERA, Indiv. and as | | |
| Next Friend of IRIS DENISE | § | |
| OLVERA, DEBBIE MICHELLE | | |
| OLVERA, and JACLYN OLVERA, | § | 107th JUDICIAL DISTRICT |
| MINOR CHILDREN | | |
| | § | |
| VS | | |
| | § | |
| CITY OF BROWNSVILLE, | | |
| BROWNSVILLE POLICE | § | |
| DEPARTMENT, CAMERON | | |
| COUNTY SHERIFF'S DEPT., | § | |
| COUNTY OF CAMERON, | | |
| PETE DOMINGUEZ, Indiv. and | § | |
| In his official capacity as Policeman, | | |
| JUAN SALINAS, Indiv. and in his | § | |
| Official capacity as Policeman, | | |
| JUAN JOSE TREVINO, Indiv. and | § | |
| In his official capacity as Policeman, | | |
| JOHN DOES' ONE through FOUR | § | CAMERON COUNTY, TEXAS |

FILED _____ O'CLOCK _____ P.M
AURORA DE LA GARZA DIST. CLERK
OCT 27 2000
DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

## PETITION TO PERPETUATE TESTIMONY AND EVIDENCE, APPLICATION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND REQUEST FOR TEMPORARY ORDERS AND ORDER SETTING HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, MARY OLVERA, Individually and as Surviving Spouse of David Olvera, Deceased, and as Next Friend of IRIS DENISE OLVERA, DEBBIE MICHELLE OLVERA, and JACLYN OLVERA, Minor Children and file this their Petition to Perpetuate Testimony and Evidence and Application for Ex Parte Temporary Restraining Order and Temporary Orders and Order Setting Hearing and in support of this Petition would show as follows:

I.

### VENUE



EXHIBIT
A-1

PETITIONERS, are members of a family unit and reside at 228 Paredes Line Road, Brownsville, Cameron County, Texas.

PETITIONERS anticipate institution and prosecution of personal injuries claims., including but not limited to wrongful death, against CITY OF BROWNSVILLE, BROWNSVILLE POLICE DEPARTMENT, CAMERON COUNTY SHERIFF'S DEPARTMENT, COUNTY OF CAMERON, PETE DOMINGUEZ, Indiv. and In his official capacity as Policeman, JUAN SALINAS, Indiv. and in his Official capacity as Policeman, JUAN JOSE TREVINO, Indiv. and In his official capacity as Policeman, and/or JOHN DOES' ONE through FOUR, who currently provide services to the public in Brownsville, Cameron County, Texas.

II.

## SUBJECT MATTER OF ANTICIPATED ACTION

PETITIONERS have retained the legal services of Angela P. Nix, P.C., to investigate PETITIONER'S claims for the negligence and wrongful death of DAVID OLVERA, Deceased, Intentional Infliction of Emotional Distress, and 1983 Civil Rights violations, occurring on or about October 2, 2000 in Cameron County, Texas.

PETITIONERS would show that it is necessary to perpetuate evidence and testimony of the Defendants and witnesses to investigate the claims of PETITIONERS for the wrongful death of DAVID OLVERA, Deceased, occurring on or about October 2, 2000.

Specifically, counsel for PETITIONERS has been informed that it is policy to destroy taped telephone calls or radio dispatch communications thirty days after receipt

(2)

and/or occurrence. The taped telephone calls and/or radio dispatch communications by and between the individual police officers named herein and Defendant City of Brownsville and/or Brownsville Police Department regarding the occurrences of October 2, 2000 and 228 Paredes Line Road, Brownsville, Texas are in jeopardy of being erased on or about October 31, 2000.

PETITIONERS would further show that production of the firearms of the individual Defendant Policemen for testing by PETITIONER'S experts is essential to investigate PETITIONERS claims;

PETITIONERS would further show that depositions of the individual Defendant Policemen is essential to investigate PETITIONER'S claims .

III.

## PARTIES INTERESTED ADVERSELY TO PETITIONERS

Several PARTIES are expected to be adversely interested to PETITIONERS in the anticipated lawsuit. Their names and addresses are as follows:

1. City of Brownsville,
   C/o Mr.Lanny Lambert,
   City Manager
   12th & Market Square
   Brownsville, Texas  78520

2. Brownsville Police Department
   C/o Mr. Ben Reyna,
   Chief of Police
   600 East Jackson
   Brownsville, Texas  78520

3. Cameron County Sheriff's Department
   C/o Mr. Omar Lucio, Sheriff

(3)

954 East Harrison
Brownsville, Texas  78520

4. County of Cameron
C/o Hon. Gilberto Hinojosa, County Judge
964 East Harrison
Brownsville, Texas  78520

5. PETE DOMINGUEZ
C/o Brownsville Police Dept.
600 East Jackson
Brownsville, Texas  78520

6. JUAN SALINAS
C/o Brownsville Police Dept.
600 East Jackson
Brownsville, Texas  78520

7. JUAN JOSE TREVINO
C/o Brownsville Police Dept.
600 East Jackson
Brownsville, Texas 78520

8. JOHN DOES' ONE through FOUR , trainers of the officers and ambulance
company and personnel are presently unknown to PETITIONERS and shall be
listed as they become known.

Notice is being provided to Defendants, City of Brownsville, Brownsville Police

Department, Cameron County, Cameron County Sheriff Department and Defendants

Salinas, Trevino, and Dominguez **only**, by and through personal service upon them

and/or their personal representatives in accordance with Rule 21a, Texas Rules of Civil

Procedure (T.R.C.P) as authorized .

IV.

**EX PARTE TEMPORARY RESTRAINING ORDER**

(4)

As described hereinabove in Pleading Paragraph II, PETITIONER fears the
immediate and irreparable loss of the taped telephone calls and/or radio dispatch
communications by and between the individual police officers named herein and
Defendant City of Brownsville and/or Brownsville Police Department regarding the
occurrences of October 2, 2000 and 228 Paredes Line Road, Brownsville, Texas due to
an internal policy of erasure within thirty (30) days of receipt or on about November 2,
2000 (date of occurrence 10-2-00); and after hearing, enter an Order requiring the
production of the firearms used for expert testing and such other and further orders as
deemed necessary for the preservation of evidence and/or testimony.

PETITIONERS request the Court waive issuance of a Bond.

## V.

## PERSON TO BE DEPOSED AND SUBSTANCE OF TESTIMONY TO BE ELICITED

In anticipation of the aforementioned suit, PETITIONERS, request this Court's
authority to perpetuate the testimony of JUAN JOSE TREVINO, JUAN SALINAS, and
PETE DOMINGUEZ, Defendants, employees of Brownsville Police Department.

PETITIONERS would show the court that it is necessary to perpetuate the
testimony of the individual Defendant police officers in order to determine who was
responsible for the wrongful death of DAVID OLVERA , Deceased and the conduct
giving rise to the Intentional Infliction of Emotional Distress claims and 1983 Civil
Rights Violations/Claims of the surviving spouse and three (3) minor children.

(5)

PETITIONER, MARY OLVERA was restrained from the side of her dying spouse, she was threatened with arrest, she was prevented from accompanying Decedent to the hospital, and she was negligently delayed in getting necessary medical attention;

PETITIONER, IRIS DEBBIE OLVERA, a minor was terrorized by two officers entering her home with guns drawn and was subsequently restrained from the side of her dying father, and threatened with arrest;

PETITIONER, DEBBIE MICHELLE OLVERA, a minor was threatened with arrest and was forcibly removed from the side of her dying father by an officer or officers pulling her by her hair and throwing her to the ground, handcuffing her and transporting her to the Police Department at 600 East Jackson for more than three (3) hours of questioning;

PETITIONER, JACLYN OLVERA, a minor was threatened with arrest.

There is a possibility that the persons in charge and/or responsible for the conduct complained hereinabove will no longer be employees of Brownsville Police Department, and all information regarding the events complained of will no longer be available for review and consideration.

The PETITIONERS expect to elicit testimony from the individual Defendant policemen that only they can provide.  The substance of the testimony that PETITIONERS expect to elicit is the following:

1.    Why they entered the home with guns drawn despite being informed of the presence inside the home of minor children;

(6)

2.  Why they used deadly force;
3.  Why they shot the Decedent 18 times;
4.  Why they threatened PETITIONERS with arrest;
5.  Why they assaulted PETITIONERS;
6.  Why they refused or delayed necessary medical attention for injuries suffered by MARY OLVERA;
7.  Why they handcuffed and took PETITIONER, DEBBIE MICHELLE OLVERA , a minor in for more than 3 hours of questioning;

## VI.

PETITIONERS pray that the temporary restraining order requested shall issue, that the Court enter further temporary orders for the preservation of evidence and testimony as requested, oral depositions duces tecum for Defendants JUAN SALINAS, JUAN JOSE TREVINO and PETE DOMINGUEZ, be authorized for the purpose of perpetuating their testimony, and that said depositions also be recorded by videotape as provided by TEX. R. CIV. P.  If allowed, the depositions will be recorded by videotape together with the written records of the deposition as provided by TEX. R. CIV. P. 202(1).

WHEREFORE, PREMISES CONSIDERED, the PETITIONERS request the Court enter an immediate TRO as requested and after hearing enter an Order requesting the production of all firearms used for expert testing and also requiring the identification of and authorizing PETITIONERS to take the oral videotape depositions duces tecum of Defendants SALINAS, TREVINO and DOMINGUEZ in order to perpetuate their testimony in the anticipated lawsuit.  The PETITIONERS further request the Court set a reasonable time and place for the taking of the requested depositions and the production of the firearms used after the hearing.

(7)

Respectfully submitted,

Angela P. Nix
Attorney for PETITIONERS
955 E. Madison
Brownsville, Texas 78520

## VERIFICATION

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

     BEFORE ME, the undersigned authority, personally appeared, ANGELA P. NIX, who after being by me duly sworn, under oath, according to law, stated that she is the attorney for PETITIONERS in the above-entitled and numbered cause, that she has read the above and foregoing Petition to Perpetuate Testimony and Evidence and Application for Ex Parte TRO and Temporary Orders, and that every statement contained therein is true and correct and within her personal knowledge.

Angela P. Nix

     SWORN AND SUBSCRIBED this the 26th day of October, 2000, to certify which witness my hand and official seal of office.

NOTARY PUBLIC IN AND FOR
THE STATE POF TEXAS



GLORIA S CASTILLO
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
MARCH 6, 2004

(8)

CAUSE NO. 2000-10-4412-A

| | | |
|---|---|---|
| IN RE: PETITION OF | § | IN THE DISTRICT COURT |
| MARY OLVERA, Indiv. and as | | |
| Next Friend of IRIS DENISE | § | |
| OLVERA, DEBBIE MICHELLE | | |
| OLVERA, and JACLYN OLVERA, | § | 107TH JUDICIAL DISTRICT |
| MINOR CHILDREN | | |
| | § | |
| VS | | |
| | § | |
| CITY OF BROWNSVILLE, | | |
| BROWNSVILLE POLICE | § | |
| DEPARTMENT, CAMERON | | |
| COUNTY SHERIFF'S DEPT., | § | |
| COUNTY OF CAMERON, | | |
| PETE DOMINGUEZ, Indiv. and | § | |
| In his official capacity as Policeman, | | |
| JUAN SALINAS, Indiv. and in his | § | |
| Official capacity as Policeman, | | |
| JUAN JOSE TREVINO, Indiv. and | § | |
| In his official capacity as Policeman, | | |
| JOHN DOES' ONE through FOUR | § | CAMERON COUNTY, TEXAS |

## TEMPORARY RESTRAINING ORDER AND

## ORDER SETTING HEARING FOR TEMPORARY ORDERS

On this day the application of Petitioners for temporary restraining order was presented to the Court.

The Court, having examined the pleadings of MARY OLVERA, et al., POETITIONERS, finds that Petitioners are entitled to a temporary restraining order and that unless DEFENDANTS CITY OF BROWNSVILLE AND BROWNSVILLE POLICE DEPARTMENT , their agents, assigns, representatives, or others acting in concert with Defendants City of Brownsville and Brownsville Police Department and with notice of this application and Order, be temporarily restrained immediately, without hearing, and upon notice and hearing be temporarily enjoined, pending the further order of this Court, from the following enumerated acts, irreparable damage may occur:

The taped telephone calls and/or radio dispatch communications by and between the individual police officers named herein and Defendant City of Brownsville and/or Brownsville Police Department regarding the occurrences of October 2, 2000 and 228 Paredes Line Road, Brownsville, Texas are in jeopardy of being erased on or about October 31, 2000.

PETITIONERS further show that production of the firearms of the individual Defendant Policemen for testing by PETITIONER'S experts is essential to investigate PETITIONERS claims;

PETITIONERS further show that depositions of the individual Defendant Policemen is essential to investigate PETITIONER'S claims .

Petitioners requests the Court, after notice and hearing, to make Temporary Orders and issue any appropriate Temporary Injunctions for the safety and welfare of the parties. Defendants CITY OF BROWNSVILLE AND BROWNSVILLE POLICE DEPARTMENT **only** and others acting in concert with them and with notice of this Order be AND THEY ARE HEREBY ORDERED immediately restrained from the commission of the acts hereinbefore enumerated, Defendants City and PD will commit such acts before notice of the hearing on temporary injunction can be served and a hearing had.

IT IS THEREFORE ORDERED that the Clerk of this Court issue a temporary restraining order restraining Defendants City of Brownsville and Brownsville Police Department, and others acting in concert with them, either directly or indirectly, with notice of this Order, and they are hereby immediately restrained, from the acts hereinabove

(2)

CibPDF - www.fenba.com

enumerated

This restraining order is effective immediately and shall continue in force and effect until further order of this Court or until it expires by operation of law. This order shall be binding on Defendants City and PD; on their agents, servants, and employees; and/ or those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise. The requirement of a bond is hereby waived.

IT IS FURTHER ORDERED that the Clerk shall issue notice to Defendants City of Brownsville and Brownsville Police Department, Salinas, Dominguez, and Trevino to appear, and said Defendants are hereby ordered to appear in person, before this Court in the courthouse at 974 E. Harrison, Brownsville, Texas, on the 3Rd day of _Nov_, 2000, at _8:30_ O'clock _A_.M. The purpose of the hearing is to determine whether, during the pendency of this case:

The preceding temporary restraining order should be made a temporary injunction pending final hearing hereon.

The additional temporary relief prayed for should be granted and any other relief necessary and equitable and for the preservation of the described testimony or evidence essential to PETITIONERS claims.

IT IS FURTHER ORDERED that any person 18 years of age or older who is not a party to or interested in the outcome of this suit may serve any citation, notice, or process in this cause.

SIGNED on the _2n_$^{th}$ day of October, 2000.

JUDGE PRESIDING

COPIES TO:
HON ANGELA NIX
CITY OF BVILLE (CIT & PRE
BVILLE POLICE DEPT (CIT & PRE)
SHERIFF
HON GILBERT HINOJOSA
PETE DOMINGUEZ (CIT & PRE)
JUAN SALINAS CIT & PRE
JUAN JOSE TREVINO (CIT.&PRE)

(3)

FILED · 30 O'CLOCK _ M
AURORA DE LA GARZA DIST. CLERK

OCT 27 2000

DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

RUN DATE 11/01/00
RUN TIME 2:37 PM

# CERTIFIED COPY

### CLERK'S ENTRIES

\* \* \* \* \* \* \* \*

00077301
HON. ANGELA P. NIX
955 EAST MADISON ST
BROWNSVILLE TX      78520 0000

(10)    RESTRAINING OR

IN RE: MARY OLVERA INDIV., ET AL

VS

CITY OF BROWNSVILLE, ET AL

10/27/00
10/27/00

HEARING ON TRO SET FOR 11/3/00 @ 8:30 AM AS PER ORDER SIGNED
FOR ENTRY.....DHESTER/LROD

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON COUNTY TEXAS
BY _____ DEPUTY

| Date | Entry |
|---|---|
| 10/27/00 | ORIGINAL PETIT |
| 10/27/00 | CITATION: CITY |
| 10/27/00 | SERVED: |
| 10/27/00 | PRECEPT: CITY |
| 10/27/00 | SERVED: |
| 10/27/00 | CITATION: BROW |
| 10/27/00 | SERVED: |
| 10/27/00 | PRECEPT: BROWN |
| 10/27/00 | SERVED: |
| 10/27/00 | CITATION: CAME |
| 10/27/00 | DEPARTMENT |
| 10/27/00 | SERVED: |
| 10/27/00 | CITATION: COUN |
| 10/27/00 | SERVED: |
| 10/27/00 | CITATION: PETE |
| 10/27/00 | SERVED: |
| 10/27/00 | PRECEPT: PETE |
| 10/27/00 | SERVED: |
| 10/27/00 | CITATION: JUAN |
| 10/27/00 | SERVED: |
| 10/27/00 | PRECEPT: JUAN |
| 10/27/00 | SERVED: |
| 10/27/00 | CITATION: JUAN |
| 10/27/00 | SERVED: |
| 10/27/00 | PRECEPT: JUAN |
| 10/27/00 | SERVED: |

Case 1:00-cv-00172   Document 1   Filed in TXSD on 11/02/2000   Page 20 of 57

Citation for Personal Service  – GENERAL                Lit. Seq. # 5.003.01

No. 2000-10-004412-A

T H E   S T A T E   O F   T E X A S            COPY

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: BROWNSVILLE POLICE DEPARTMENT
C/O MR BEN REYNA
CHIEF OF POLICE
600 EAST JACKSON
BROWNSVILLE TEXAS 78520

the         DEFENDANT        , GREETING:

You are commanded to appear by filing a written answer to the

PETITION TO PERPETUATE TESTIMONY AND EVIDENCE, APPLICATION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND REQUEST FOR TEMPORARY ORDERS/ORDER SETTING HRG

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said         PETITION         was filed on OCTOBER 27, 2000 . A copy of same accompanies this citation.

The file number of said suit being No. 2000-10-004412-A.

The style of the case is:

IN RE: MARY OLVERA INDIV., ET AL
VS.
CITY OF BROWNSVILLE, ET AL

Said petition was filed in said court by         HON. ANGELA P. NIX
(Attorney for         PLAINTIFF         ), whose address is
955 EAST MADISON ST BROWNSVILLE  TX  78520               .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 27th day of OCTOBER , A.D. 2000.

AURORA DE LA GARZA     , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78520

By: _____ , Deputy



EXHIBIT
A-3

CVAPDF - www.texio.com

Case 1:00-cv-00172   Document 1   Filed in TXSD on 11/02/2000   Page 21 of 57

R E T U R N   O F   O F F I C E R

Came to hand the _27_ day of _Oct_, _2000_, at _5:00_ o'clock _P_.M., and
executed (not executed) on the _3?_ day of _Oct_, _2000_, by delivering to
_____Mr. Ben Reyna_____ in person a true copy of this Citation,
upon which I endorsed the date of delivery, together with the accompanying copy
of the _Petition To Perpetuate Testimony ¿Evidence, Application for Expate_ .
TRN - _2T8_

Cause of failure to execute this citation is: _____

FEES serving 1 copy                                    _C. P._
Total....... $_____         Sheriff/constable _Cameron_ County, TEXAS
Fees paid by:_____          By _____ Deputy

EXHIBIT

A-4

Blumberg No. 5119

## CERTIFICATE OF SERVICE

I, hereby certify that on November 2, 2000, a true and correct copy of the above and foregoing Petition for Removal of Civil Action has been served on all counsel of record via Certified Mail, Return Receipt Requested as hereinbelow noted:

Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

George C. Kraehe

7

CM-PDF - www.texisi.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: PETITION OF MARY OLVERA | § | |
| Individually and as Next Friend of IRIS | § | |
| DENISE OLVERA, DEBBIE MICHELLE | § | |
| OLVERA, and JACLYN OLVERA | § | |
| MINOR CHILDREN | § | |
| | § | CIVIL ACTION NO. B - 00 - 172 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE, BROWNSVILLE | § | |
| POLICE DEPARTMENT, CAMERON | § | |
| COUNTY SHERIFF'S DEPT., COUNTY | § | |
| OF CAMERON, PETE DOMINGUEZ, | § | |
| Indiv. and in his official capacity as Policeman, | § | |
| JUAN SALINAS, Indiv. and in his | § | |
| official capacity as Policeman, JUAN JOSE | § | |
| TREVIÑO, Indiv. and in his official capacity | § | |
| as Policeman, JOHN DOES' ONE through FOUR | § | |

## NOTICE TO THE PETITIONERS OF FILING
## OF PETITION FOR REMOVAL OF CIVIL ACTION

**TO:**   Mary Olvera, et al.
by and through their attorneys of record:

Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

Please take notice that  Defendants City of Brownsville, Brownsville Police Department,

Pete Dominguez, individually and in his official capacity, Juan Salinas, individually and in his

official capacity, and Juan Jose Treviño, individually and in his official capacity, filed in the

1

CMAPDF - www.texisx.com

United States District Court for the Southern District of Texas, Brownsville Division, a Petition

for Removal of Civil Action styled *In Re: Petition of Mary Olvera, et al. vs. City of Brownsville,*

*et al.*

    This case was originally filed in the 107th Judicial District Court of Cameron County,

Texas, Cause Number 2000-10-4412-A.  A true and correct copy of the Petition for Removal of

Civil Action, without copies of attachments, is attached to this Notice.  Pursuant to the Federal

Rules of Civil Procedure, the 107th Judicial District Court Cameron County, shall proceed no

further, unless this case is remanded.

    Signed on November 2, 2000.

                           Respectfully submitted,

                           WILLETTE & GUERRA, L.L.P.
                           International Plaza, Ste. 460
                           3505 Boca Chica Blvd.
                           Brownsville, Texas  78521
                           Telephone:  (956) 541-1846
                           Facsimile:  (956) 541-1893

                By:                    
                      George C. Kraehe
                      State Bar No. 00792631
                      USDC Adm. No. 19355

                    Attorneys for Defendants City of
                    Brownsville, Brownsville Police
                    Department, Pete Dominguez, Juan Salinas,
                    and Juan Jose Treviño, individually and in
                    their official capacities

## CERTIFICATE OF SERVICE

I, hereby certify that on November 2, 2000, a true and correct copy of the above and foregoing has been served on all counsel of record via Certified Mail, Return Receipt Requested as hereinbelow noted:

Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

George C. Kraehe

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: PETITION OF MARY OLVERA | § | |
| Individually and as Next Friend of IRIS | § | |
| DENISE OLVERA, DEBBIE MICHELLE | § | |
| OLVERA, and JACLYN OLVERA | § | |
| MINOR CHILDREN | § | |
| | § | CIVIL ACTION NO. B - 00 - 172 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE, BROWNSVILLE | § | |
| POLICE DEPARTMENT, CAMERON | § | |
| COUNTY SHERIFF'S DEPT., COUNTY | § | |
| OF CAMERON, PETE DOMINGUEZ, | § | |
| Indiv. and in his official capacity as Policeman, | § | |
| JUAN SALINAS, Indiv. and in his | § | |
| official capacity as Policeman, JUAN JOSE | § | |
| TREVIÑO, Indiv. and in his official capacity | § | |
| as Policeman, JOHN DOES' ONE through FOUR | § | |

---

## LIST OF ALL PARTIES AND COUNSEL

---

**PETITIONERS:**

1.   Mary Olvera
     228 Paredes Line Road
     Brownsville, Texas 78520

2.   Iris Denise Olvera, a minor
     228 Paredes Line Road
     Brownsville, Texas 78520

3.   Debbie Michelle Olvera, a minor
     228 Paredes Line Road
     Brownsville, Texas 78520

1

4.      Jaclyn Olvera, a minor
        228 Paredes Line Road
        Brownsville, Texas 78520

**ATTORNEY FOR PETITIONERS:**

1.      Ms. Angela Nix
        ATTORNEY AT LAW
        955 East Madison Street
        Brownsville, Texas 78520
        (956) 548-0521

**DEFENDANTS:**

1.      City of Brownsville
        P.O, Box 911
        Brownsville, Texas 78520
        (956) 548-6000

2.      Brownsville Police Department
        600 E. Jackson
        Brownsville, Texas 78520
        (956) 548-7000

3.      Cameron County Sheriff's Department
        964 E. Harrison
        Brownsville, Texas 78520
        (956) 544-0860

4.      Cameron County
        964 E. Harrison
        Brownsville, Texas 78520
        (956) 544-0830

5.      Pete Dominguez
        Brownsville Police Department
        600 E. Jackson
        Brownsville, Texas 78520
        (956) 548-7000

2

6.    Juan Salinas
      Brownsville Police Department
      600 E. Jackson
      Brownsville, Texas 78520
      (956) 548-7000

7.    Juan Jose Treviño
      Brownsville Police Department
      600 E. Jackson
      Brownsville, Texas 78520
      (956) 548-7000

**ATTORNEYS FOR DEFENDANTS CITY OF BROWNSVILLE, BROWNSVILLE POLICE DEPARTMENT, PETE DOMINGUEZ, JUAN SALINAS, AND JUAN JOSE TREVIÑO:**

1.    Charles Willette, Jr.
      WILLETTE & GUERRA, L.L.P.
      State Bar No. 21509700
      USDC No. 1937

      George C. Kraehe
      WILLETTE & GUERRA, L.L.P.
      State Bar No. 00792631
      USDC No. 19355

      International Plaza, Suite 460
      3505 Boca Chica Blvd.
      Brownsville, Texas 78520
      Phone  (956) 541-1846
      Fax    (956) 541-1893

      Signed on November 2, 2000.

3

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
      George C. Kraehe
      State Bar No. 00792631
      USDC Adm. No. 19355

Attorneys for Defendants City of Brownsville,
Brownsville Police Department, Pete
Dominguez, Juan Salinas, and Juan Jose
Treviño, individually and in their official
capacities

4

CVisPDF - www.twuno.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has on November 2, 2000, been forwarded via certified mail, return receipt requested to:

Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

George C. Kraehe

5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: PETITION OF MARY OLVERA | § | |
| Individually and as Next Friend of IRIS | § | |
| DENISE OLVERA, DEBBIE MICHELLE | § | |
| OLVERA, and JACLYN OLVERA | § | |
| MINOR CHILDREN | § | |
| | § | CIVIL ACTION NO. **B - 00** - 1 / 2 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE, BROWNSVILLE | § | |
| POLICE DEPARTMENT, CAMERON | § | |
| COUNTY SHERIFF'S DEPT., COUNTY | § | |
| OF CAMERON, PETE DOMINGUEZ, | § | |
| Indiv. and in his official capacity as Policeman, | § | |
| JUAN SALINAS, Indiv. and in his | § | |
| official capacity as Policeman, JUAN JOSE | § | |
| TREVIÑO, Indiv. and in his official capacity | § | |
| as Policeman, JOHN DOES' ONE through FOUR | § | |

---

### INDEX OF MATTERS BEING FILED

---

The following is an index of matters being filed in the above-referenced matter:

EXHIBITS:

"A-1"  Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders and Order Setting Hearing;

"A-2"  Certified Copy of Docket Sheet;

"A-3"   Copy of citation on the Brownsville Police Department; and

"A-4"  Return of Service on Brownsville Police Department c/o Ben Reyna, Chief of Police.

Signed on November 2, 2000.

1

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893


By: _____
      George C. Kraehe
      State Bar No. 00792631
      USDC Adm. No. 19355


Attorneys for Defendants City of Brownsville,
Brownsville Police Department, Pete
Dominguez, Juan Salinas, and Juan Jose
Treviño, individually and in their official
capacities

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has on November 2, 2000, been forwarded via certified mail, return receipt requested to:

Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

George C. Kraehe

3

CAUSE NO. 2000-10-4412-A

| | | |
|---|---|---|
| IN RE: PETITION OF | § | IN THE DISTRICT COURT |
| MARY OLVERA, Indiv. and as | | |
| Next Friend of IRIS DENISE | § | |
| OLVERA, DEBBIE MICHELLE | | |
| OLVERA, and JACLYN OLVERA, | § | 107th JUDICIAL DISTRICT |
| MINOR CHILDREN | | |
| | § | |
| VS | | |
| | § | |
| CITY OF BROWNSVILLE, | | |
| BROWNSVILLE POLICE | § | |
| DEPARTMENT, CAMERON | | |
| COUNTY SHERIFF'S DEPT., | § | |
| COUNTY OF CAMERON, | | |
| PETE DOMINGUEZ, Indiv. and | § | |
| In his official capacity as Policeman, | | |
| JUAN SALINAS, Indiv. and in his | § | |
| Official capacity as Policeman, | | |
| JUAN JOSE TREVINO, Indiv. and | § | |
| In his official capacity as Policeman, | | |
| JOHN DOES' ONE through FOUR | § | CAMERON COUNTY, TEXAS |

FILED ___ 1:5 O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK
OCT 2 7 2000
DISTRICT COURT OF CAMERON COUNTY TEXAS
DEPUTY

## PETITION TO PERPETUATE TESTIMONY AND EVIDENCE, APPLICATION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND REQUEST FOR TEMPORARY ORDERS AND ORDER SETTING HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, MARY OLVERA, Individually and as Surviving Spouse of David Olvera, Deceased, and as Next Friend of IRIS DENISE OLVERA, DEBBIE MICHELLE OLVERA, and JACLYN OLVERA, Minor Children and file this their Petition to Perpetuate Testimony and Evidence and Application for Ex Parte Temporary Restraining Order and Temporary Orders and Order Setting Hearing and in support of this Petition would show as follows:

I.

## VENUE


EXHIBIT
A-1

PETITIONERS, are members of a family unit and reside at 228 Paredes  Line Road, Brownsville, Cameron County, Texas.

PETITIONERS anticipate institution and prosecution of personal injuries claims., including but not limited to wrongful death, against CITY OF BROWNSVILLE, BROWNSVILLE POLICE DEPARTMENT, CAMERON COUNTY SHERIFF'S DEPARTMENT, COUNTY OF CAMERON, PETE DOMINGUEZ, Indiv. and In his official capacity as Policeman, JUAN SALINAS, Indiv. and in his Official capacity as Policeman, JUAN JOSE TREVINO, Indiv. and In his official capacity as Policeman, and/or JOHN DOES' ONE through FOUR, who currently provide services to the public in Brownsville, Cameron County, Texas.

II.

## SUBJECT MATTER OF ANTICIPATED ACTION

PETITIONERS have retained the legal services of Angela P. Nix, P.C.,  to investigate PETITIONER'S claims for the negligence and wrongful death of DAVID OLVERA, Deceased, Intentional Infliction of Emotional Distress, and 1983 Civil Rights violations, occurring on or about October 2, 2000 in Cameron County, Texas.

PETITIONERS would show that it is necessary to perpetuate evidence and testimony of the Defendants and witnesses to investigate the claims of PETITIONERS for the wrongful death of DAVID OLVERA, Deceased, occurring on or about October 2, 2000.

Specifically, counsel for PETITIONERS has been informed that it is policy to destroy  taped telephone calls or radio dispatch communications thirty days after receipt

(2)

CilsPDF - www.fasita.com

and/or occurrence.  The taped telephone calls and/or radio dispatch communications by and between the individual police officers named herein and Defendant City of Brownsville and/or Brownsville Police Department regarding the occurrences of October 2, 2000 and 228 Paredes Line Road, Brownsville, Texas are in jeopardy of being erased on or about October 31, 2000.

PETITIONERS would further show that production of the firearms of the individual Defendant Policemen for testing by PETITIONER'S experts is essential to investigate PETITIONERS claims;

PETITIONERS would further show that depositions of the individual Defendant Policemen is essential to investigate PETITIONER'S claims .

III.

## PARTIES INTERESTED ADVERSELY TO PETITIONERS

Several PARTIES are expected to be adversely interested to PETITIONERS in the anticipated lawsuit.  Their names and addresses are as follows:

1.  City of Brownsville,
    C/o Mr.Lanny Lambert,
    City Manager
    12th & Market Square
    Brownsville, Texas  78520

2.  Brownsville Police Department
    C/o Mr. Ben Reyna,
    Chief of Police
    600 East Jackson
    Brownsville, Texas  78520

3.  Cameron County Sheriff's Department
    C/o Mr. Omar Lucio, Sheriff

(3)

954 East Harrison
Brownsville, Texas 78520

4.  County of Cameron
C/o Hon. Gilberto Hinojosa, County Judge
964 East Harrison
Brownsville, Texas 78520

5.  PETE DOMINGUEZ
C/o Brownsville Police Dept.
600 East Jackson
Brownsville, Texas 78520

6.  JUAN SALINAS
C/o Brownsville Police Dept.
600 East Jackson
Brownsville, Texas 78520

7.  JUAN JOSE TREVINO
C/o Brownsville Police Dept.
600 East Jackson
Brownsville, Texas 78520

8.  JOHN DOES' ONE through FOUR , trainers of the officers and ambulance
company and personnel are presently unknown to PETITIONERS and shall be
listed as they become known.

Notice is being provided to Defendants, City of Brownsville, Brownsville Police

Department, Cameron County, Cameron County Sheriff Department and Defendants

Salinas, Trevino, and Dominguez **only**, by and through personal service upon them

and/or their personal representatives in accordance with Rule 21a, Texas Rules of Civil

Procedure (T.R.C.P) as authorized .

IV.

**EX PARTE TEMPORARY RESTRAINING ORDER**

(4)

As described hereinabove in Pleading Paragraph II, PETITIONER fears the immediate and irreparable loss of the taped telephone calls and/or radio dispatch communications by and between the individual police officers named herein and Defendant City of Brownsville and/or Brownsville Police Department regarding the occurrences of October 2, 2000 and 228 Paredes Line Road, Brownsville, Texas due to an internal policy of erasure within thirty (30) days of receipt or on about November 2, 2000 (date of occurrence 10-2-00); and after hearing, enter an Order requiring the production of the firearms used for expert testing and such other and further orders as deemed necessary for the preservation of evidence and/or testimony.

PETITIONERS request the Court waive issuance of a Bond.

V.

## PERSON TO BE DEPOSED AND SUBSTANCE OF TESTIMONY TO BE ELICITED

In anticipation of the aforementioned suit, PETITIONERS, request this Court's authority to perpetuate the testimony of JUAN JOSE TREVINO, JUAN SALINAS, and PETE DOMINGUEZ, Defendants, employees of Brownsville Police Department.

PETITIONERS would show the court that it is necessary to perpetuate the testimony of the individual Defendant police officers in order to determine who was responsible for the wrongful death of DAVID OLVERA , Deceased and the conduct giving rise to the Intentional Infliction of Emotional Distress claims and 1983 Civil Rights Violations/Claims of the surviving spouse and three (3) minor children.

(5)

PETITIONER, MARY OLVERA was restrained from the side of her dying spouse, she was threatened with arrest, she was prevented from accompanying Decedent to the hospital, and she was negligently delayed in getting necessary medical attention;

PETITIONER, IRIS DEBBIE OLVERA, a minor was terrorized by two officers entering her home with guns drawn and was subsequently restrained from the side of her dying father, and threatened with arrest;

PETITIONER, DEBBIE MICHELLE OLVERA, a minor was threatened with arrest and was forcibly removed from the side of her dying father by an officer or officers pulling her by her hair and throwing her to the ground, handcuffing her and transporting her to the Police Department at 600 East Jackson for more than three (3) hours of questioning;

PETITIONER, JACLYN OLVERA, a minor was threatened with arrest.

There is a possibility that the persons in charge and/or responsible for the conduct complained hereinabove will no longer be employees of Brownsville Police Department, and all information regarding the events complained of will no longer be available for review and consideration.

The PETITIONERS expect to elicit testimony from the individual Defendant policemen that only they can provide.  The substance of the testimony that PETITIONERS expect to elicit is the following:

1.    Why they entered the home with guns drawn despite being informed of the presence inside the home of minor children;

(6)

2.  Why they used deadly force;

3.  Why they shot the Decedent 18 times;

4.  Why they threatened PETITIONERS with arrest;

5.  Why they assaulted PETITIONERS;

6.  Why they refused or delayed necessary medical attention for injuries suffered by MARY OLVERA;

7.  Why they handcuffed and took PETITIONER, DEBBIE MICHELLE OLVERA , a minor in for more than 3 hours of questioning;

## VI.

PETITIONERS pray that the temporary restraining order requested shall issue, that the Court enter further temporary orders for the preservation of evidence and testimony as requested, oral depositions duces tecum for Defendants JUAN SALINAS, JUAN JOSE TREVINO and PETE DOMINGUEZ, be authorized for the purpose of perpetuating their testimony, and that said depositions also be recorded by videotape as provided by TEX. R. CIV. P.  If allowed, the depositions will be recorded by videotape together with the written records of the deposition as provided by TEX. R. CIV. P. 202(1).

WHEREFORE, PREMISES CONSIDERED, the PETITIONERS request the Court enter an immediate TRO as requested and after hearing enter an Order requesting the production of all firearms used for expert testing and also requiring the identification of and authorizing PETITIONERS to take the oral videotape depositions duces tecum of Defendants SALINAS, TREVINO and DOMINGUEZ in order to perpetuate their testimony in the anticipated lawsuit.  The PETITIONERS further request the Court set a reasonable time and place for the taking of the requested depositions and the production of the firearms used after the hearing.

(7)

Respectfully submitted,

Angela P. Nix
Attorney for PETITIONERS
955 E. Madison
Brownsville, Texas  78520

## **VERIFICATION**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned authority, personally appeared, ANGELA P. NIX, who after being by me duly sworn, under oath, according to law, stated that she is the attorney for PETITIONERS in the above-entitled and numbered cause, that she has read the above and foregoing Petition to Perpetuate Testimony and Evidence and Application for Ex Parte TRO and Temporary Orders, and that every statement contained therein is true and correct and within her personal knowledge.

Angela P. Nix

SWORN AND SUBSCRIBED this the 26th day of October, 2000, to certify which witness my hand and official seal of office.

Gloria S. Castillo
NOTARY PUBLIC IN AND FOR
THE STATE POF TEXAS



GLORIA S CASTILLO
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
MARCH 6, 2004

(8)

CAUSE NO. 2000-<u>10-4412</u> - A

| | | |
|---|---|---|
| IN RE: PETITION OF | § | IN THE DISTRICT COURT |
| MARY OLVERA, Indiv. and as | | |
| Next Friend of IRIS DENISE | § | |
| OLVERA, DEBBIE MICHELLE | | |
| OLVERA, and JACLYN OLVERA, | § | 107TH JUDICIAL DISTRICT |
| MINOR CHILDREN | | |
| | § | |
| VS | | |
| | § | |
| CITY OF BROWNSVILLE, | | |
| BROWNSVILLE POLICE | § | |
| DEPARTMENT, CAMERON | | |
| COUNTY SHERIFF'S DEPT., | § | |
| COUNTY OF CAMERON, | | |
| PETE DOMINGUEZ, Indiv. and | § | |
| In his official capacity as Policeman, | | |
| JUAN SALINAS, Indiv. and in his | § | |
| Official capacity as Policeman, | | |
| JUAN JOSE TREVINO, Indiv. and | § | |
| In his official capacity as Policeman, | | |
| JOHN DOES' ONE through FOUR | § | CAMERON COUNTY, TEXAS |

## TEMPORARY RESTRAINING ORDER AND

## ORDER SETTING HEARING FOR TEMPORARY ORDERS

On this day the application of Petitioners for temporary restraining order was presented to the Court.

The Court, having examined the pleadings of MARY OLVERA, et al., POETITIONERS, finds that Petitioners are entitled to a temporary restraining order and that unless DEFENDANTS CITY OF BROWNSVILLE AND BROWNSVILLE POLICE DEPARTMENT , their agents, assigns, representatives, or others acting in concert with Defendants City of Brownsville and Brownsville Police Department and with notice of this application and Order, be temporarily restrained immediately, without hearing, and upon notice and hearing be temporarily enjoined, pending the further order of this Court, from the following enumerated acts, irreparable damage may occur:

The taped telephone calls and/or radio dispatch communications by and between the individual police officers named herein and Defendant City of Brownsville and/or Brownsville Police Department regarding the occurrences of October 2, 2000 and 228 Paredes Line Road, Brownsville, Texas are in jeopardy of being erased on or about October 31, 2000.

PETITIONERS further show that production of the firearms of the individual Defendant Policemen for testing by PETITIONER'S experts is essential to investigate PETITIONERS claims;

PETITIONERS further show that depositions of the individual Defendant Policemen is essential to investigate PETITIONER'S claims .

Petitioners requests the Court, after notice and hearing, to make Temporary Orders and issue any appropriate Temporary Injunctions for the safety and welfare of the parties. Defendants CITY OF BROWNSVILLE AND BROWNSVILLE POLICE DEPARTMENT **only** and others acting in concert with them and with notice of this Order be AND THEY ARE HEREBY ORDERED immediately restrained from the commission of the acts hereinbefore enumerated, Defendants City and PD will commit such acts before notice of the hearing on temporary injunction can be served and a hearing had.

IT IS THEREFORE ORDERED that the Clerk of this Court issue a temporary restraining order restraining Defendants City of Brownsville and Brownsville Police Department, and others acting in concert with them, either directly or indirectly, with notice of this Order, and they are hereby immediately restrained, from the acts hereinabove

(2)

CSimPDF - www.texisi.com

enumerated

  This restraining order is effective immediately and shall continue in force and effect until further order of this Court or until it expires by operation of law.  This order shall be binding on Defendants City and PD; on their agents, servants, and employees; and/ or those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise.  The requirement of a bond is hereby waived.

  IT IS FURTHER ORDERED that the Clerk shall issue notice to Defendants City of Brownsville and Brownsville Police Department, Salinas, Dominguez, and Trevino to appear, and said Defendants are hereby ordered to appear in person, before this Court in the courthouse at 974 E. Harrison, Brownsville, Texas, on the 3rd day of Nov, 2000, at 8:30 O'clock A.M.  The purpose of the hearing is to determine whether, during the pendency of this case:

  The preceding temporary restraining order should be made a temporary injunction pending final hearing hereon.

  The additional temporary relief prayed for should be granted and any other relief necessary and equitable and for the preservation of the described testimony or evidence essential to PETITIONERS claims.

  IT IS FURTHER ORDERED that any person 18 years of age or older who is not a party to or interested in the outcome of this suit may serve any citation, notice, or process in this cause.

  SIGNED on the 27th day of October, 2000.

_____
JUDGE PRESIDING

COPIES TO:
HON ANGELA NIX
CITY OF BVILLE (CIT) & PRE
BVILLE POLICE DEPT (CIT & PRE)
SHERIFF
HON GILBERT HINOJOSA
PETE DOMINGUEZ (CIT & PRE)
JUAN SALINAS CIT & PRE
JUAN JOSE TREVINO (CIT.&PRE)        (3)

FILED ___:___ O'CLOCK____M
AURORA DE LA GARZA DIST. CLERK
OCT 27 2000
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

```
RUN DATE 11/01/00
RUN TIME 2:37 PM                          * * *  C L E R K ' S   E N T R I E S  * * *

                                          00077301                          (10)
                                          HON. ANGELA P. NIX
IN RE: MARY OLVERA INDIV., ET AL          955 EAST MADISON ST
                                          BROWNSVILLE TX    78520 0000
                  VS

CITY OF BROWNSVILLE, ET AL

10/27/00   HEARING ON TRO SET FOR 11/3/00 @ 8:30 AM AS PER ORDER SIGNED
10/27/00   FOR ENTRY....DHESTER/LROD

10/27/00   ORIGINAL PETIT
10/27/00   CITATION: CITY                                        RESTRAINING OR
10/27/00     SERVED:
10/27/00   PRECEPT: CITY
10/27/00     SERVED:
10/27/00   CITATION: BROW
10/27/00     SERVED:
10/27/00   PRECEPT: BROWN
10/27/00     SERVED:
10/27/00   CITATION: CAME
10/27/00   DEPARTMENT
10/27/00     SERVED:
10/27/00   CITATION: COUN
10/27/00     SERVED:
10/27/00   CITATION: PETE
10/27/00     SERVED:
10/27/00   PRECEPT: PETE
10/27/00     SERVED:
10/27/00   CITATION: JUAN
10/27/00     SERVED:
10/27/00   PRECEPT: JUAN
10/27/00     SERVED:
10/27/00   CITATION: JUAN
10/27/00     SERVED:
10/27/00   PRECEPT: JUAN
10/27/00     SERVED:
```

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON COUNTY TEXAS
By_____DEPUTY

CERTI-FIED COPY

Case 1:00-cv-00172   Document 1   Filed in TXSD on 11/02/2000   Page 46 of 57

Citation for Personal Service — GENERAL          Lit. Seq. # 5.003.01

No. 2000-10-004412-A

T H E   S T A T E   O F   T E X A S          COPY

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: BROWNSVILLE POLICE DEPARTMENT
    C/O MR BEN REYNA
    CHIEF OF POLICE
    600 EAST JACKSON
    BROWNSVILLE TEXAS 78520

the       DEFENDANT       , GREETING:

You are commanded to appear by filing a written answer to the

PETITION TO PERPETUATE TESTIMONY AND EVIDENCE, APPLICATION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND REQUEST FOR TEMPORARY ORDERS/ORDER SETTING HRG

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said       PETITION       was filed on OCTOBER 27, 2000 . A copy of same accompanies this citation.

The file number of said suit being No. 2000-10-004412-A.

The style of the case is:

IN RE: MARY OLVERA INDIV., ET AL
VS.
CITY OF BROWNSVILLE, ET AL

Said petition was filed in said court by          HON. ANGELA P. NIX
(Attorney for          PLAINTIFF          ), whose address is
955 EAST MADISON ST BROWNSVILLE TX 78520          .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 27th day of OCTOBER , A.D. 2000.

AURORA DE LA GARZA , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78522

By: _____ , Deputy

EXHIBIT
A-3

R E T U R N   O F   O F F I C E R

Came to hand the _27_ day of _Oct_____, _2000_, at _5:00_ o'clock _P_.M., and
executed (not executed) on the _3?_ day of _Oct_____, _2000_, by delivering to
____ Mr. Ben Reyes _____ in person a true copy of this Citation,
upon which I endorsed the date of delivery, together with the accompanying copy
of the _Petition To Perpetuate Testimony ¢ Evidence, Application for Exparte_.
    _TRV._ _ers_

Cause of failure to execute this citation is: _____
_____

FEES serving 1 copy                     _____ C. P. _____
Total....... $_____            Sheriff/constable _Cameron____ County, TEXAS
Fees paid by:_____ . _____        By _____ Deputy

EXHIBIT
Blumberg No. 5119
A - 4

FILE COPY

CAUSE NO. 2000-10-4412-A

| | | |
|---|---|---|
| IN RE: PETITION OF MARY OLVERA | § | IN THE DISTRICT COURT |
| Individually and as Next Friend of IRIS | § | |
| DENISE OLVERA, DEBBIE MICHELLE | § | |
| OLVERA, and JACLYN OLVERA | § | |
| MINOR CHILDREN | § | |
| | § | |
| VS. | § | 107th JUDICIAL DISTRICT |
| | § | |
| CITY OF BROWNSVILLE, BROWNSVILLE | § | |
| POLICE DEPARTMENT, CAMERON | § | |
| COUNTY SHERIFF'S DEPT., COUNTY | § | |
| OF CAMERON, PETE DOMINGUEZ, | § | |
| Indiv. and in his official capacity as Policeman, | § | |
| JUAN SALINAS, Indiv. and in his | § | |
| official capacity as Policeman, JUAN JOSE | § | |
| TREVIÑO, Indiv. and in his official capacity | § | |
| as Policeman, JOHN DOES' ONE through FOUR | § | CAMERON COUNTY, TEXAS |



FILED __10__ ___10__ O'CLOCK ___A__ M
AURORA DE LA GARZA DIST. CLERK

NOV 0 2 2000

DISTRICT COURT OF CAMERON COUNTY, TEXAS
BY ____ DEPUTY
CORNEJO

---

## NOTICE TO THE DISTRICT CLERK OF FILING
## OF PETITION FOR REMOVAL OF CIVIL ACTION

---

**TO:**   Ms. Aurora De La Garza
CAMERON COUNTY DISTRICT CLERK
CAMERON COUNTY, TEXAS
954 E. Harrison
Brownsville, Texas 78520

Please take notice that Defendants City of Brownsville, Brownsville Police Department,

Pete Dominguez, individually and in his official capacity, Juan Salinas, individually and in his

official capacity, and Juan Jose Treviño, individually and in his official capacity, filed in the

United States District Court for the Southern District of Texas, Brownsville Division, a Petition

for Removal of Civil Action styled *In Re: Petition of Mary Olvera, et al. vs. City of Brownsville,*

*et al.*



This case was originally filed in the 107th Judicial District Court of Cameron County, Texas, Cause Number 2000-10-4412-A. A true and correct copy of the Petition for Removal of Civil Action, without copies of attachments, is attached to this Notice. Pursuant to the Federal Rules of Civil Procedure, the 107th Judicial District Court of Cameron County shall proceed no further, unless this case is remanded.

Signed on November 2, 2000.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _George C. Kraehe_
George C. Kraehe
State Bar No. 00792631

Attorneys for Defendants City of Brownsville, Brownsville Police Department, Pete Dominguez, Juan Salinas, and Juan Jose Treviño, individually and in their official capacities

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: PETITION OF MARY OLVERA | § | |
| Individually and as Next Friend of IRIS | § | |
| DENISE OLVERA, DEBBIE MICHELLE | § | |
| OLVERA, and JACLYN OLVERA | § | |
| MINOR CHILDREN, | § | |
| | § | CIVIL ACTION NO. _____ |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE, BROWNSVILLE | § | |
| POLICE DEPARTMENT, CAMERON | § | |
| COUNTY SHERIFF'S DEPT., COUNTY | § | |
| OF CAMERON, PETE DOMINGUEZ, | § | |
| Indiv. and in his official capacity as Policeman, | § | |
| JUAN SALINAS, Indiv. and in his | § | |
| official capacity as Policeman, JUAN JOSE | § | |
| TREVIÑO, Indiv. and in his official capacity | § | |
| as Policeman, JOHN DOES' ONE through FOUR, | § | |

---

## PETITION FOR REMOVAL OF CIVIL ACTION

---

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW City of Brownsville, Brownsville Police Department, Pete Dominguez,

individually and in his official capacity, Juan Salinas, individually and in his official capacity,

and Juan Jose Treviño, individually and in his official capacity, some of the Defendants in the

above-styled and numbered cause, and file this their Petition for Removal of a Civil Action from

the 107th Judicial District Court of Cameron County, Texas, to this Court for the reasons

delineated below.

1



EXHIBIT
A

# I.

## NATURE OF THIS ACTION, JURISDICTION AND VENUE

1.     This civil action being removed was instituted in the 107th Judicial District Court of Cameron County, Texas, and alleges violations of the United States Constitution and is therefore predicated upon the present day codification of the Reconstruction Era Civil Rights Act, 42 U.S.C. § 1983.

2.     The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331, 1343, 1367, and 1441.

3.     Venue of this removed action is prescribed by 28 U.S.C. § 1441(a) and properly lies in this Brownsville Division of the Southern District of Texas, the District and Division where the Petitioners' state action is filed.

4.     Petitioners reside in Cameron County, Texas.

5.     Defendant City of Brownsville is a municipality and a political subdivision organized under the laws of the State of Texas.

6.     Defendant Brownsville Police Department is a subdivision of the City of Brownsville.

7.     Defendant Cameron County is a political subdivision of the State of Texas.

8.     Defendant Cameron County Sheriff's Department is a subdivision of Cameron County.

9.     Defendant Pete Dominguez was an employee of the Brownsville Police Department at the time of the incident made the basis of this lawsuit.

10.    Defendant Juan Salinas was an employee of the Brownsville Police Department at

the time of the incident made the basis of this lawsuit.

11.    Defendant Juan Jose Treviño was an employee of the Brownsville Police Department at the time of the incident made the basis of this lawsuit.

12.    The identities of Defendants "John Does One Through Four" are not known at this time.

## II.

## REMOVAL

13.    On or about October 27, 2000, Petitioners, Mary Olvera, individually and as Next Friend of Iris Denise Olvera,  Debbie Michelle Olvera, and Jaclyn Olvera, Minor Children, instituted a civil cause in the 107th  Judicial District Court of Cameron County, Texas, by filing a Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Restraining Order and Request for Temporary Orders and Order Setting Hearing with the District Clerk of Cameron County, Texas.  Petitioners' cause is styled *In Re: Petition of Mary Olvera, et al. vs. City of Brownsville, et al.*, Cause Number 2000-10-4412-A.  A true and correct copy of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders and Order Setting Hearing is attached hereto as Exhibit "A-1".

14.    On October 27, 2000, citation was issued for service of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders on Defendant City of Brownsville.  The City of Brownsville has not yet been served.  A copy of the certified docket sheet showing issuance of citation is attached hereto as Exhibit "A-2".

15.    On October 27, 2000, citation was issued for service of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders on Defendant Brownsville Police Department.  A copy of citation on the Brownsville Police Department is attached as Exhibit "A-3".

16.    Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders was served on Defendant Brownsville Police Department on October 31, 2000.   The citation showing return of service on October 31, 2000, on the Brownsville Police Department is attached to this Petition as Exhibit "A-4".

17.    On October 27, 2000, citation was issued for service of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders on Defendant Cameron County Sheriff's Department.  Defendant Cameron County Sheriff's Department has not yet been served.  A copy of the certified docket sheet showing issuance of citation is attached hereto as Exhibit "A-2".

18.    On October 27, 2000, citation was issued for service of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders on Defendant Cameron County.  Defendant Cameron County has not yet been served.  A copy of the certified docket sheet showing issuance of citation is attached hereto as Exhibit "A-2".

19.    On October 27, 2000, citation was issued for service of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders on Defendant Pete Dominguez.  Defendant Pete Dominguez has

4

not yet been served.  A copy of the certified docket sheet showing issuance of citation is attached hereto as Exhibit "A-2".

20.    On October 27, 2000, citation was issued for service of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders on Defendant Juan Salinas.  Defendant Juan Salinas has not yet been served.  A copy of the certified docket sheet showing issuance of citation is attached hereto as Exhibit "A-2".

21.    On October 27, 2000, citation was issued for service of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders on Defendant Juan Jose Treviño.  Defendant Juan Jose Treviño has not yet been served.  A copy of the certified docket sheet showing issuance of citation is attached hereto as Exhibit "A-2".

22.    There has been no request for issuance of citation for service of Petitioners' Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders on Defendants "John Does One Through Four".

23.    Removal of this action is proper.  Petitioners allege in their Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Temporary Restraining Order and Request for Temporary Orders that they seek evidence "to determine who was responsible for the wrongful death of David Olvera, deceased and the conduct giving rise to the intentional infliction of emotional distress claims and 1983 civil rights violations/claims of the surviving spouse and three (3) minor children." (Ex. "A-1" at 5.) Petitioners thus clearly allege violation of their rights under the Constitution and laws of the United States, giving this Court jurisdiction of this

matter under 28 U.S.C. §§ 1331, 1343, 1367, and 1441.

24.     This Court has jurisdiction of Petitioners' supplemental state law claims under 28

U.S.C. § 1367.

25.     By virtue of the time limits imposed under the statute governing the procedure for

removal, this Petition for Removal is timely.

26.     Defendants attach hereto and accompany this Petition with true and correct copies

of all of the pleadings and orders in the State Court.

Signed on November 2, 2000.

                                        Respectfully submitted,

                                        WILLETTE & GUERRA, L.L.P.
                                        International Plaza, Ste. 460
                                        3505 Boca Chica Blvd.
                                        Brownsville, Texas 78521
                                        Telephone: (956) 541-1846
                                        Facsimile: (956) 541-1893

                                        By: _____
                                            George C. Kraehe
                                            State Bar No. 00792631
                                            USDC Adm. No. 19355

                                        Attorneys for Defendants City of
                                        Brownsville, Brownsville Police
                                        Department, Pete Dominguez, Juan Salinas,
                                        and Juan Jose Treviño, individually and in
                                        their official capacities

6

## CERTIFICATE OF SERVICE

I, hereby certify that on November 2, 2000, a true and correct copy of the above and foregoing Petition for Removal of Civil Action has been served on all counsel of record via Certified Mail, Return Receipt Requested as hereinbelow noted:

Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

George C. Kraehe

7

## CERTIFICATE OF SERVICE

I, hereby certify that on November 2, 2000, a true and correct copy of the above and foregoing has been served on all counsel of record via Certified Mail, Return Receipt Requested as hereinbelow noted:

Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

George C. Kraehe