IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 3 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE: PETITION OF MARY OLVERA | § | |
| Individually and as Next Friend of IRIS | § | |
| DENISE OLVERA, DEBBIE MICHELLE | § | |
| OLVERA, and JACLYN OLVERA | § | |
| MINOR CHILDREN, | § | |
| | § | CIVIL ACTION NO.B-00-172 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE, BROWNSVILLE | § | |
| POLICE DEPARTMENT, CAMERON | § | |
| COUNTY SHERIFF'S DEPT., COUNTY | § | |
| OF CAMERON, PETE DOMINGUEZ, | § | |
| Indiv. and in his official capacity as Policeman, | § | |
| JUAN SALINAS, Indiv. and in his | § | |
| official capacity as Policeman, JUAN JOSE | § | |
| TREVIÑO, Indiv. and in his official capacity | § | |
| as Policeman, JOHN DOES' ONE through FOUR | § | |

## RESPONSE OF DEFENDANTS CITY OF BROWNSVILLE, BROWNSVILLE POLICE DEPARTMENT, PETE DOMINGUEZ, JUAN SALINAS, AND JUAN JOSE TREVIÑO IN OPPOSITION TO PETITION TO PERPETUATE TESTIMONY AND EVIDENCE AND REQUEST FOR TEMPORARY ORDERS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW City of Brownsville, Brownsville Police Department, Pete Dominguez,

individually and in his official capacity, Juan Salinas, individually and in his official capacity,

and Juan Jose Treviño, individually and in his official capacity, some of the Defendants in the

above-styled and numbered action, and file this their Response in Opposition to Petition to

Perpetuate Testimony and Evidence and Request for Temporary Orders and in support thereof

1

would show as follows:

## I.

On October 27, 2000, Petitioners, Mary Olvera, individually and as Next Friend of Iris Denise Olvera, Debbie Michelle Olvera, and Jaclyn Olvera, Minor Children, instituted a civil cause in the 107th Judicial District Court of Cameron County, Texas, by filing a Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Restraining Order and Request for Temporary Orders and Order Setting Hearing with the District Clerk of Cameron County, Texas. This cause was subsequently removed to the United States District Court for the Southern District of Texas, Brownsville Division, under 28 U.S.C. § 1441.

## II.

Petitioners seek through their Petition evidence "to determine who was responsible for the wrongful death of David Olvera, deceased and the conduct giving rise to the intentional infliction of emotional distress claims and 1983 civil rights violations/claims of the surviving spouse and three (3) minor children." Petitioners seek an order to preserve certain evidence they believe to be under the control of the Brownsville Police Department, including "taped telephone calls and/or radio dispatch communications," and certain firearms allegedly used in the course of the incident made the basis of this suit. (Pet. to Perpetuate Testimony and Evidence at 5.) In addition, Petitioners seek leave to depose Defendants Pete Dominguez, Juan Salinas, and Juan Jose Treviño before bringing claims against them for civil rights violations, intentional infliction of emotional distress, and negligence. (Pet. to Perpetuate Testimony and Evidence at 7.) Petitioners fear that these Defendants "will no longer be employees of the Brownsville Police

2

Department, and all information regarding the events complained of will not longer be available for review and consideration." (Pet. to Perpetuate Testimony and Evidence at 6.)

## III.

Defendants do not object to entering into an agreed order to preserve and maintain all evidence generated or collected in connection with the incident made the basis of this action that is subject to their control. In the alternative, absent any such order, Defendants recognize their obligations under the law and under the Federal Rules of Civil Procedure to maintain all such evidence during the pendency of this action and represent to the Court that they will make good faith efforts to maintain all such evidence. Defendants further represent to the Court that all evidence relevant to this matter will be produced to Petitioners in accordance with the Federal Rules of Civil Procedure and the Federal Rules of Evidence at the appropriate time and place.

## IV.

Defendants object to producing for oral deposition Defendants Pete Dominguez, Juan Salinas, or Juan Jose Treviño prior to the time permitted for such oral depositions under the Federal Rules of Civil Procedure. Defendants further object to producing these Defendants for oral deposition unless they are given proper notice under the Federal Rules of Civil Procedure and there is no good cause why the depositions should not go forward. Rule 26(d) does not permit any discovery until after the parties have met and conferred as required by Rule 26(f). FED. R. CIV. PROC. 26(d). Oral depositions of Defendants Pete Dominguez, Juan Salinas, or Juan Jose Treviño are premature, as the parties have not met and conferred under Rule 26(f). To be sure, Defendants Cameron County and Cameron County Sheriff's Department have yet to be

3

served or to enter an appearance in this action.  For these reasons and for reasons of economy and

convenience of the parties, oral depositions should not be scheduled, at the very earliest, until

such time as all parties have been served and/or entered an appearance in this action and have

conferred under Rule 26(f) and there is no good cause why the oral depositions should not go

forward.  Finally, Petitioners have no evidence supporting their belief that Defendants Pete

Dominguez, Juan Salinas, or Juan Jose Treviño will not be available to provide testimony in this

matter or that any other "information regarding the events complained of will no longer be

available for review and consideration."

     WHEREFORE, PREMISES CONSIDERED, City of Brownsville, Brownsville Police

Department, Pete Dominguez, individually and in his official capacity, Juan Salinas, individually

and in his official capacity, and Juan Jose Treviño, individually and in his official capacity

respectfully request that this Court deny Petitioners' Petition to Perpetuate Testimony and

Evidence, Application for Ex Parte Restraining Order and Request for Temporary Orders and

Order Setting Hearing and grant Defendants all other relief to which they may show themselves

justly entitled.

     Signed on November 3, 2000.

                           Respectfully submitted,

                           WILLETTE & GUERRA, L.L.P.
                           International Plaza, Ste. 460
                           3505 Boca Chica Blvd.
                           Brownsville, Texas  78521
                           Telephone:  (956) 541-1846
                           Facsimile:  (956) 541-1893

                         By:_____
                            George C. Kraehe

CltdPDF - www.fxvisa.com

State Bar No. 00792631
USDC Adm. No. 19355
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937
Attorneys for Defendants City of
Brownsville, Brownsville Police
Department, Pete Dominguez, Juan Salinas,
and Juan Jose Treviño, individually and in
their official capacities

## CERTIFICATE OF SERVICE

I, hereby certify that on November 3, 2000, a true and correct copy of the above and foregoing has been served on all counsel of record via Certified Mail, Return Receipt Requested as hereinbelow noted:

Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

George C. Kraehe

5