4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
United States District Court
Southern District of Texas
FILED
NOV 13 2000
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE: PETITION OF MARY OLVERA Individually and as Next Friend of IRIS DENISE OLVERA, DEBBIE MICHELLE OLVERA, and JACLYN OLVERA MINOR CHILDREN, | § § § § § | |
| VS. | § § § | CIVIL ACTION NO.B-00-172 (JURY REQUESTED) |
| CITY OF BROWNSVILLE, BROWNSVILLE POLICE DEPARTMENT, CAMERON COUNTY SHERIFF'S DEPT., COUNTY OF CAMERON, PETE DOMINGUEZ, Indiv. and in his official capacity as Policeman, JUAN SALINAS, Indiv. and in his official capacity as Policeman, JUAN JOSE TREVIÑO, Indiv. and in his official capacity as Policeman, JOHN DOES' ONE through FOUR | § § § § § § § § § § § | |

**DEFENDANTS' NOTICE TO THE COURT OF THEIR FILING OF THEIR INITIAL DISCLOSURE TO PLAINTIFFS UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, Defendants the City of Brownsville, the Brownsville Police Department, Pete Dominguez, Juan Salinas, and Juan Jose Treviño, all individually and in their official capacities, and file this their Notice to the Court of their Filing of their Initial Disclosures to Plaintiffs Under Federal Rule of Civil Procedure 26(a).

## I.

Defendants hereby give notice to the Court of the filing of their Initial Disclosures under Federal Rule of Civil Procedure 26(a).

Signed on November 10, 2000.

                Respectfully submitted,

                WILLETTE & GUERRA, L.L.P.
                International Plaza, Ste. 460
                3505 Boca Chica Blvd.
                Brownsville, Texas 78521
                Telephone: (956) 541-1846
                Facsimile: (956) 541-1893

By: _/s/ George C. Kraehe_
                George C. Kraehe
                State Bar No. 00792631
                USDC Adm. No. 19355

                Attorneys for Defendants City of Brownsville, Brownsville Police Department, Dominguez, Salinas, and Treviño

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served by mailing same, certified mail, return receipt requested, on November 10th, 2000, on all counsel of record as follows:

Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

_____
George C. Kraehe