IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

| | | |
|---|---|---|
| IN RE: PETITION OF MARY OLVERA | § | DEC 0 5 2000 |
| Individually and as Next Friend of IRIS | § | |
| DENISE OLVERA, DEBBIE MICHELLE | § | Michael N. Milby |
| OLVERA, and JACLYN OLVERA | § | Clerk of Court |
| MINOR CHILDREN, | § | |
| | § | CIVIL ACTION NO. B-00-172 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE, BROWNSVILLE | § | |
| POLICE DEPARTMENT, CAMERON | § | |
| COUNTY SHERIFF'S DEPT., COUNTY | § | |
| OF CAMERON, PETE DOMINGUEZ, | § | |
| Indiv. and in his official capacity as Policeman, | § | |
| JUAN SALINAS, Indiv. and in his | § | |
| official capacity as Policeman, JUAN JOSE | § | |
| TREVIÑO, Indiv. and in his official capacity | § | |
| as Policeman, JOHN DOES' ONE through FOUR | § | |

## DEFENDANTS' MOTION TO COMPEL INSPECTION
## AND MOTION FOR EXPEDITED HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the City of Brownsville, Brownsville Police Department, Pete Dominguez,

individually and in his official capacity, Juan Salinas, individually and in his official capacity,

and Juan Jose Treviño, individually and in his official capacity, some of the Defendants in the

above-styled and numbered action, and file this their Motion to Compel Inspection and Motion

for Expedited Hearing and in support thereof would show as follows:

1

**I.**

On October 27, 2000, Petitioners, Mary Olvera, individually and as Next Friend of Iris Denise Olvera, Debbie Michelle Olvera, and Jaclyn Olvera, Minor Children, instituted a civil cause in the 107th Judicial District Court of Cameron County, Texas, by filing a Petition to Perpetuate Testimony and Evidence, Application for Ex Parte Restraining Order and Request for Temporary Orders and Order Setting Hearing with the District Clerk of Cameron County, Texas. Petitioners seek through their Petition evidence "to determine who was responsible for the wrongful death of David Olvera, deceased and the conduct giving rise to the intentional infliction of emotional distress claims and 1983 civil rights violations/claims of the surviving spouse and three (3) minor children." This cause was subsequently removed to the United States District Court for the Southern District of Texas, Brownsville Division, under 28 U.S.C. § 1441.

**II.**

The incident made the basis of this action occurred at approximately 9:15 on October 1, 2000, in Brownsville, Texas. (Ex. A at 2.) At that time, Brownsville police officers Juan Salinas, Juan Jose Treviño, and Pete Dominguez were dispatched to 228 Paredes Line Road to investigate a reported stabbing. (Ex. A at 2.) When they arrived, the were met by Plaintiff, Mary Olvera, who had been stabbed in the stomach. (Ex. A at 2.) The officers went in the house in search Plaintiff's husband, David Olvera, who had stabbed her, and made sure Plaintiff's three daughters left the house. (Ex. A at 2.) David Olvera was ultimately found in the back yard, where he was wielding a knife and threatening the police officers. (Ex. A at 2.) The police officers, their pistols drawn, repeatedly commanded David Olvera to drop the weapon and surrender, but David Olvera refused to comply. (Ex. A at 3.) Instead, David Olvera advanced on

2

the police officers until they were backed into the corner of the yard. (Ex. A at 3.)  David Olvera

came within a few feet of the police officers and then lunged at them with his knife. (Ex. A at 3.)

All three police officers simultaneously fired their pistols, two officers firing two shots, one

officer firing a single shot. (Ex. A at 3.)  Plaintiff was struck by all five bullets. (Ex. A at 3.)  He

fell back on the grass behind him, where he was quickly disarmed by the police officers. (Ex. A

at 3.)  Soon thereafter emergency medical services arrived, treated him, and transported him to

Brownsville Medical Center, where he died about an hour later. (Ex. A at 3.)

### III.

Plaintiffs still reside at 228 Paredes Line Road.  Since entering an appearance in this

action, Defendants have sought Plaintiffs' cooperation in scheduling an expeditious inspection of

the premises.  Inspection of the premises is essential, as the dimensions and layout of the house

and yard constitute important evidence in this case.  It is equally important that the inspection be

conducted as soon as possible before there are any significant changes to the premises.

Recognizing the need to inspect the house and yard, Defendants have repeatedly requested

permission to inspect, photograph, and videotape the premises, asking Plaintiff's counsel

numerous times by telephone and no less than seven (7) times in writing. (*See* Exs. B, C, D, E,

F, G, and H.)  Defendants have acknowledged Plaintiffs' right to be present during the

inspection, provided Defendants be allowed to speak in confidence to their attorneys, and

Defendants have promised to produce any photographs or videotapes made in the course of the

inspection. (Ex. H.)  Notwithstanding these assurances, Plaintiffs have flatly refused to allow

inspection of the premises on the basis of completely unsubstantiated fears that Defendants and

their attorneys would destroy evidence or plant drugs on the scene. (Ex. H, I.)

3

## IV.

Inspection of the premises is clearly within the scope of discovery. Fed. R. Civ. Proc. 34 (permitting entry and inspection of land). Defendants have done everything reasonably possible to work with Plaintiffs to schedule a time and manner of inspection, but Plaintiffs refuse to cooperate in allowing the inspection. Defendants therefore respectfully ask this Court to enter an order, compelling Plaintiffs to permit the inspection under the terms set forth in Defendants' letter of November 28, 2000, to Plaintiffs, (Ex. G), and further request that this matter be set for an expedited hearing so that an inspection can be scheduled as soon as possible.

WHEREFORE, PREMISES CONSIDERED, the City of Brownsville, Brownsville Police Department, Pete Dominguez, individually and in his official capacity, Juan Salinas, individually and in his official capacity, and Juan Jose Treviño, individually and in his official capacity, some of the Defendants in the above-styled and numbered action, respectfully request that this Court grant this their Motion to Compel Inspection and Motion for Expedited Hearing and grant Defendants all other relief to which they may show themselves justly entitled.

Signed on December 5, 2000.

4

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893

By:_____
    George C. Kraehe
    State Bar No. 00792631
    USDC Adm. No. 19355

    Charles Willette, Jr.
    State Bar No. 21509700
    USDC Adm. No. 1937
Attorneys for Defendants City of
Brownsville, Brownsville Police
Department, Pete Dominguez, Juan Salinas,
and Juan Jose Treviño, individually and in
their official capacities

## CERTIFICATE OF SERVICE

    I hereby certify that on December ___5___, 2000, a true and correct copy of the above and foregoing has been served on all counsel of record via Certified Mail, Return Receipt Requested as hereinbelow noted:

    Ms. Angela Nix
    ATTORNEY AT LAW
    955 East Madison Street
    Brownsville, Texas 78520

_____
George C. Kraehe

## CERTIFICATE OF CONFERENCE

    Plaintiffs are opposed to this motion.

_____
George C. Kraehe

5

ATTACHMENT I

SUPPLEMENT TO
CUSTODIAL DEATH REPORT
OFFICE OF THE ATTORNEY GENERAL
(SYNOPSIS)

On Saturday, September 30, 2000 at approximately 9:03 P.M., the Brownsville Police Department Communications Center received a 911 call from 228 Paredes Line Road. The young female caller requested assistance and the dispatcher could hear arguing in the background.

Brownsville Police officers responded to 228 Paredes Line Road and upon arrival, made contact with Mary Olvera who reported that she had been arguing with her husband, David Olvera. Mrs. Olvera reported that her husband found a picture of her with a male acquaintance and he suspected that she was having an extramarital affair while he was in prison. She went on to state that her husband had been released from prison about a year ago and was currently on parole. Mrs. Olvera reported that during the argument her husband was "throwing things" around the house until their daughter called the police. At that point, Mr. Olvera left the residence through the front door and ran towards the backyard.

Mrs. Olvera stated that her husband had threatened to kill her on September 28, 2000. She mentioned that her husband had previously told her that he would not go back to prison if the police attempted to apprehend him. A search of the area was conducted, however the suspect was not located.

The following day, at approximately 9:17 A.M., Brownsville Police Department Communications Division received another 911 call from 228 Paredes Line Road. Mary Olvera's daughter reported that her mother had been stabbed by a man and requested an ambulance.

Brownsville Police Department officers as well as Emergency Medical personnel responded to the scene. The first officers to arrive at the scene were Officers Juan Salinas and Juan Jose Trevino. The officers found Mary Olvera with one of her daughters outside of the residence. Mrs. Olvera was bleeding from her stomach area. Two of Mrs. Olvera's daughters then ran inside of the residence. The officers approached the front door of the residence and had both daughters exit the residence through the front door.

**BROWNSVILLE POLICE DEPARTMENT**
**DECEDENT: DAVID OLVERA**


DEFENDANT'S
EXHIBIT
A

Officer Pedro Dominguez was the third officer to arrive at the scene as Officers Salinas and Trevino were preparing to enter the front room of the residence. Officer Dominguez walked along the south side of the house and went to cover the back of the residence. Officer Dominguez removed his weapon from his holster and as he got to the corner of the house, he observed a male subject wearing blue jeans and no shirt in the middle of the backyard. The male subject was holding a knife in his right hand. Officer Dominguez pointed his weapon at the subject and ordered him to drop the knife. Officer Dominguez then yelled to the other officers who were at the front of the residence and advised that he had the suspect at gunpoint. The suspect was waving the knife from side to side, telling Officer Dominguez in Spanish, "Andale, Andale, haste para aca!" This translates into English, "Come on, come on, come towards me!"

Officers Salinas and Trevino went along the south side of the house and joined Officer Dominguez. The officers were at the corner of the house on a concrete slab that is approximately thirteen feet in width, which is in between the house and a chain link fence. All three officers had their weapons drawn and pointed at the suspect, yelling at him to drop the knife. At this point, the suspect (later identified as David Olvera) was approximately twenty-five (25) feet from the officers.

Mr. Olvera proceeded to take small steps towards the officers, swinging the knife from side to side in a threatening manner. The officers stepped back in an attempt to maintain a safe distance from the suspect. As the suspect was moving closer, he kept yelling, "Do it, do it!" The officers continued to yell at the suspect to drop the knife, however the suspect did not obey orders and continued to move forward. The officers continued to move back and they reached a point where they were touching elbow to elbow. When Mr. Olvera was approximately five (5) feet away from the officers, with the knife in his right hand, he made a lunging motion towards the officers. All three officers fired their departmental issued .45 caliber pistols at the suspect. Officers Juan Salinas and Juan Trevino both fired twice, and Officer Pedro Domiguez fired once, for a total of five (5) rounds. All five rounds struck the suspect who immediately fell to the ground, dropping the knife.

The Officers immediately advised the Communications Division that a suspect had been shot and requested Emergency Medical Personnel who were already en route in reference to the stabbing. Mr. Olvera was still moving from side to side as he lay on the ground with the knife next to his hand. Officer Juan

Salinas walked around Mr. Olvera and moved the knife to a safe distance, approximately nine (9) feet from the suspect.

Brownsville Emergency Medical Services personnel arrived and commenced life support measures at 9:25 A.M. The patient was transported to Brownsville Medical Center at 9:32 A.M. and arrived at the hospital at 9:36A.M. The attending emergency room physician, Doctor William Elkins pronounced David Olvera dead at 10:22 A.M. Justice of the Peace, Tony Torres was notified of the incident and an autopsy was ordered.

Mr. Olvera's body was transported to Valley Baptist Medical Center, 2101 Pease Street in Harlingen, Texas. Dr. Lawrence Dahm performed the autopsy on Monday, October 02, 2000 at 12:00 P.M. In the preliminary autopsy report, Dr. Dahm indicates that laboratory results included a urine drug screen positive for cocaine and cannabinoids, and an alcohol intoxication of 0.150 g/dl in vitreous humor and 0.200 g/dl in urine. Dr. Dahm summarized that the *"Intoxicated middle-aged man died of gunshots to the trunk that caused massive injuries to the liver and spleen, that led to fatal bleeding into the abdomen. He was shot a total of five times. Three distorted large caliber copper jacketed bullets were recovered; all were of similar size. Manner of death is homicide; he is said to have died by police action when he assaulted police officers with a knife, after he had stabbed his wife. Further blood toxicology studies are in progress."*

At my request, this case is currently being reviewed by the Cameron County District Attorney's Office.

The final autopsy report will be forwarded to your office as soon as it is received.

The investigative file is submitted for your review.

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS

———

ALEX AGUIRRE*
EDUARDO G. GARZA
RYAN HENRY
GEORGE C. KRAEHE
CYNTHIA A. MALDONADO
ILENE PERALEZ*
LAWRENCE J. RABB
ALEXIA J. RODRIGUEZ
ELIZABETH SANDOVAL-CANTU*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266

November 13, 2000

*Via Facsimile (956) 548-0522*
Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

Re:  Civil Action No. B-00-172
In Re: Petition for Mary Olvera, et al. vs.
City of Brownsville, et al.
For the Southern District of Texas
Brownsville Division
Our File No. 00-216 CW/GK

Dear Ms. Nix:

This is to confirm that we have met by telephone pursuant to Federal Rule of Civil Procedure 26(f) and have discussed "the nature and basis of [our] claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for disclosures . . . , and to develop a proposed discovery plan." Fed. R. Civ. Proc. 26(f). This is also to confirm that you have received our proposed discovery plan and will be making changes to it as indicated during our meeting so that we can file it as soon as possible with the Court.

To summarize our discussions, you have indicated that you do not agree to federal jurisdiction in this matter, arguing that our removal was premature. You are further not amenable to consenting to trial of this matter by a United States Magistrate Judge, at least not at this juncture. We also discussed what evidence each of us has in support of our claims and/or defenses. You indicated that you have identified at least three (3) witnesses–two persons who drove by in their vehicles and a person employed by a funeral home–who you say will testify that far more than five (5) shots were fired at the time of the incident in question. We remind you that Federal Rule of Civil Procedrue 26(a) requires you to voluntarily disclose the names, addresses, and telephone numbers of these persons, as well as the names, addresses, and telephone numbers of any persons having personal knowledge of any facts relevant to this matter.


DEFENDANT'S EXHIBIT
Blumberg No. 5114
B

Ms. Angela Nix
ATTORNEY AT LAW
November 13, 2000
Page 2

We hereby request that you immediately disclose the names, addresses, and telephone numbers of these witnesses.

For our part, we will provide you as soon as possible with a complete copy of all non-privileged parts of the custodial death report generated by the Brownsville Police Department in accordance with Texas Code of Criminal Procedure article 49.18, Texas Penal Code section 39.05, and Texas Government Code section 501.055(b). The custodial death report includes, among other things, offense reports, supplemental reports, victim and witness affidavits, police department communications, emergency medical service records, pathology reports, David Olvera's criminal history record, and diagrams and photographs of the scene of the shooting. There are certain documents and things in the possession or under the control of the Brownsville Police Department not made part of this report, including but not limited to the firearms used in the shooting and other physical evidence collected at the scene of the incident. These materials can be examined at some later date agreeable to the parties.

Finally, as discussed, we would like to inspect the premises at 228 Paredes Line Road as soon as possible. It is essential that we be permitted to inspect, photograph, and videotape these premises before any changes are made to them. We would also like to take the oral deposition of Jaclyn Olvera. We are available on the following dates: November 14, 15, 16, 20, 21, 27, 28, 29, and 30, 2000. We hope to hear from you as soon as possible.

As a final matter, we would note that already we have read two newspaper articles in which statements highly prejudicial to our client are attributed to you. In one account, you allegedly told a reporter that David Olvera was shot eighteen (18) times, and that, "[h]e had both hands up in the air, palms forward and they fired." You allegedly went on to say, "They completely emptied their guns into the man." If you have evidence of this, we would like to see it as soon as possible. We would also like to remind you that Rule 3.07 of the Texas Disciplinary Rules of Professional Conduct specifically prohibit a lawyer from making extrajudicial statements to a newspaper if the lawyer knows or reasonably should know that it will have a substantial likelihood of prejudicing an adjudicatory proceeding. If you have been making statements to the press regarding the facts of this case, we would respectfully request that you refrain from doing so in the future. If you cannot refrain from doing so, we will ask the Court to take the appropriate action.

Your cooperation is greatly appreciated.

Very truly yours,

WILLETTE & GUERRA, L.L.P.

By: _____
George C. Kraehe

Copy1 6b52ec7c93050136 · Downloaded from fsnee.58568.org 10/05/2020 · Page 11 of 35

```
*******************************************************************************
*                           ─                          ─                 P.01 *
*                      TRANSACTION REPORT                                      *
* '    '                                              NOV-13-00 MON 05:51 PM   *
*   DATE START    RECEIVER        TX TIME  PAGES TYPE      NOTE          M# DP *
*────────────────────────────────────────────────────────────────────────────*
*  NOV-13 05:50 PM 0870#00216*00#548052   1'31"   2  SEND   OK            009  *
*                                                                             *
*                                                                             *
*                                         TOTAL :   1M 31S  PAGES:    2        *
*                                                                             *
*******************************************************************************
```

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS

ALEX AGUIRRE*
EDUARDO G. GARZA
RYAN HENRY
GEORGE C. KRAEHE
CYNTHIA A. MALDONADO
ILENE PERALEZ*
LAWRENCE J. RABB
ALEXIA J. RODRIGUEZ
ELIZABETH SANDOVAL-CANTU*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266

November 13, 2000

**_Via Facsimile (956) 548-0522_**
Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

Re:   Civil Action No. B-00-172
      In Re: Petition for Mary Olvera, et al. vs.
      City of Brownsville, et al.
      For the Southern District of Texas

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS

ALEX AGUIRRE*
EDUARDO G. GARZA
RYAN HENRY
GEORGE C. KRAEHE
CYNTHIA A. MALDONADO
ILENE PERALEZ*
LAWRENCE J. RABB
ALEXIA J. RODRIGUEZ
ELIZABETH SANDOVAL-CANTU*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266

November 15, 2000

*Via Facsimile (956) 548-0522*
Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

> Re:  Civil Action No. B-00-172
> In Re: Petition for Mary Olvera, et al. vs.
> City of Brownsville, et al.
> For the Southern District of Texas
> Brownsville Division
> Our File No.  00-216  CW/GK

Dear Ms. Nix:

As you know, our letter to you of November 13, 2000, explained our concern regarding certain comments you and your client are making to the news media.  We pointed out that Rule 3.07 of the Texas Disciplinary Rules of Professional Conduct specifically prohibits a lawyer from making extrajudicial statements to a newspaper if the lawyer knows or reasonably should know that it will have a substantial likelihood of prejudicing an adjudicatory proceeding.  We asked you to refrain from making any further such comments.  This morning we were surprised to see that a third article in which certain prejudicial comments are attributed to you and your clients, including your belief that positive cocaine and marijuana tests indicated in David Olvera's autospy report were somehow false.  We believe these comments, like the others, are improper under Rule 3.07.  We would also like to advise you that comments made to the media are not privileged and may subject you and your clients to liability for slander and defamation.

Please accept this as a request that you enter into an agreed motion, asking the Court to enter an order prohibiting the parties from any further improper communications with the news media.  A copy of our proposed agreed motion is submitted for your review.  If you are in agreement with the proposed agreed motion, please sign below where indicated and return this letter to me by facsimile.  If you are not in agreement with this proposed motion, please let us



DEFENDANT'S
EXHIBIT
C

Blumberg No. 5114

Mr. Angela Nix
ATTORNEY AT LAW
November 15, 2000
Page 2

know, and we will file it with the Court over your objection.

This is also to let you know that we have yet to hear from you regarding the other matters discussed in our letter to you of November 13, 2000. We would ask you to consult your calendar and provide us with dates as soon as possible when you can be available for the requested inspection and other discovery.

Your cooperation is greatly appreciated.

Very truly yours,

WILLETTE & GUERRA, L.L.P.

By: _____

George C. Kraehe

AGREED TO BY:

_____
Angela Nix
Attorney for Petitioner

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS

ALEX AGUIRRE*
EDUARDO G. GARZA
RYAN HENRY
GEORGE C. KRAEHE
CYNTHIA A. MALDONADO
ILENE PERALEZ*
LAWRENCE J. RABB
ALEXIA J. RODRIGUEZ
ELIZABETH SANDOVAL-CANTU*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266

November 17, 2000

*Via Facsimile (956) 548-0522*
Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

                 Re:    Civil Action No. B-00-172
                       In Re: Petition for Mary Olvera, et al. vs.
                       City of Brownsville, et al.
                       For the Southern District of Texas
                       Brownsville Division
                       Our File No.  00-216  CW/GK

Dear Ms. Nix:

       This is to confirm that you will get with me on Monday, November 20, 2000, to schedule a time to inspect the premises at 228 Paredes Line Road and the other discovery we requested. In addition, this is to confirm that you will be reviewing our proposed "gag order" this weekend and our proposed Rule 26(f) report and on Monday will communicate any changes you wish to make to either.

       I look forward to hearing from you soon.

                    Very truly yours,

                    WILLETTE & GUERRA, L.L.P.

                    By: _____
                         George C. Kraehe



DEFENDANT'S
EXHIBIT
D

```
*********************************************************************
*                        ─                        ─           P. 01 *
*                    TRANSACTION REPORT                             *
*                                              NOV-17-00 FRI 05:31 PM *
*  .        .                                                        *
*  DATE  START    RECEIVER          TX TIME  PAGES TYPE      NOTE          M#  DP *
*                                                                    *
*  NOV-17 05:30 PM 0893#00216*00#548052   42″     1  SEND      OK           100    *
*                                                                    *
*                                          TOTAL :       42S PAGES:   1     *
*                                                                    *
*********************************************************************
```

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS

ALEX AGUIRRE*
EDUARDO G. GARZA
RYAN HENRY
GEORGE C. KRAEHE
CYNTHIA A. MALDONADO
ILENE PERALEZ*
LAWRENCE J. RABB
ALEXIA J. RODRIGUEZ
ELIZABETH SANDOVAL-CANTU*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266

November 17, 2000

***Via Facsimile (956) 548-0522***
Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

Re:  Civil Action No. B-00-172
In Re: Petition for Mary Olvera, et al. vs.
City of Brownsville, et al.
For the Southern District of Texas

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS

ALEX AGUIRRE*
EDUARDO G. GARZA
RYAN HENRY
GEORGE C. KRAEHE
CYNTHIA A. MALDONADO
ILENE PERALEZ*
LAWRENCE J. RABB
ALEXIA J. RODRIGUEZ
ELIZABETH SANDOVAL-CANTU*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266

November 21, 2000

***Via Hand Delivery:***
Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

Re:  Cause No. 2000-10-4412-A
In Re: Petition for Mary Olvera, et al. vs.
City of Brownsville, et al.
For the Southern District of Texas
Brownsville Division
Our File No.  00-216  CW/GK

Dear Ms. Nix:

As indicated, we have submitted a complete copy of the custodial death report generated in connection with the above-referenced matter, together with all attachments included therewith. We could not fax you these materials because they are too voluminous. However, you are perfectly welcome to come view the materials, and the photographs mentioned in a prior letter, yourself at your convenience.

In addition, we must inspect the premises at 228 Paredes Line Road as soon as possible. We have written you numerous letters asking for cooperation in scheduling a date and have spoken with you on the telephone. Last Friday you promised to get me a date by Monday, November 20, 2000, and that you would respond to my questions regarding the motion for "gag order" and the other discovery I requested. You have not responded to any of my inquiries other than to say that you have no response and that your investigation is ongoing. I have no choice then but to file the motion for "gag order" without your agreement and to file a motion to compel



DEFENDANT'S
EXHIBIT
E

Ms. Angela Nix
ATTORNEY AT LAW
November 21, 2000
Page 2

you to let me inspect the premises.  I assume you will be opposed to these motions.  I will also schedule the requested deposition as it fits my schedule.

Very truly yours,

WILLETTE & GUERRA, L.L.P.

By: _____
George C. Kraehe

GCK/lsr
Encl.

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS

ALEX AGUIRRE*
EDUARDO G. GARZA
RYAN HENRY
GEORGE C. KRAEHE
CYNTHIA A. MALDONADO
ILENE PERALEZ*
LAWRENCE J. RABB
ALEXIA J. RODRIGUEZ
ELIZABETH SANDOVAL-CANTU*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266

November 17, 2000

*Via Facsimile (956) 548-0522*
Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

Re:    Civil Action No. B-00-172
In Re: Petition for Mary Olvera, et al. vs.
City of Brownsville, et al.
For the Southern District of Texas
Brownsville Division
Our File No. 00-216 CW/GK

Dear Ms. Nix:

Please accept this as an invitation to examine photographs taken in connection with the incident made the basis of this lawsuit. The photographs number in the hundreds, which is why we cannot at this time provide you with copies of them. Please call us to schedule a time to examine the photographs at a mutually convenient time.

This is also to let you know that we have yet to hear from you regarding the other matters discussed in our letter to you of November 13, 2000. We would ask you to consult your calendar and provide us with dates as soon as possible when you can be available for the requested discovery. We are particularly interested in inspecting the premises at 228 Paredes Line Road as soon as possible.

Your cooperation is greatly appreciated.



DEFENDANT'S
EXHIBIT
Blumberg No. 5114
F

Mr. Angela Nix
ATTORNEY AT LAW
November 17, 2000
Page 2

Very truly yours,

WILLETTE & GUERRA, L.L.P.

By: _____
George C. Kraehe

CVISPDF - www.fesca.com

```
**********************************************************************
*                                                                P.01 *
*              TRANSACTION REPORT                                      *
*                                                                      *
*                                              NOV-17-00 FRI 05:33 PM  *
*   DATE  START    RECEIVER         TX TIME  PAGES TYPE    NOTE      M#  DP *
*  NOV-17 05:32 PM 0870#00216*00#548052  1'11"    2  SEND    OK       101 *
*                                                                      *
*                                  TOTAL :   1M 11S  PAGES:   2        *
**********************************************************************
```

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS

ALEX AGUIRRE*
EDUARDO G. GARZA
RYAN HENRY
GEORGE C. KRAEHE
CYNTHIA A. MALDONADO
ILENE PERALEZ*
LAWRENCE J. RABB
ALEXIA J. RODRIGUEZ
ELIZABETH SANDOVAL-CANTU*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266

November 17, 2000

**_Via Facsimile (956) 548-0522_**
Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

Re:   Civil Action No. B-00-172
      In Re: Petition for Mary Olvera, et al. vs.
      City of Brownsville, et al.
      For the Southern District of Texas

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS

———————

ALEX AGUIRRE*
EDUARDO G. GARZA
RYAN HENRY
GEORGE C. KRAEHE
CYNTHIA A. MALDONADO
ILENE PERALEZ*
LAWRENCE J. RABB
ALEXIA J. RODRIGUEZ
ELIZABETH SANDOVAL-CANTU*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266

November 28, 2000

***Via Telefax (956) 548-0522***
Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

          Re:    Civil Action No. B-00-172
                In Re: Petition for Mary Olvera, et al. vs.
                City of Brownsville, et al.
                For the Southern District of Texas
                Brownsville Division
                <u>Our File No. 00-216 CW/GK</u>

Dear Ms. Nix:

       I spoke yesterday with Joe Hernandez, who you say will be assisting you in this matter. As Mr. Hernandez has not entered an appearance in this matter as attorney-in-charge and has not indicated an intent to do so, I am a little confused as to whom I should be dealing with. I hope you will designate an attorney-in-charge as soon as possible so that we can avoid confusion in the future. Pending such action, I will assume that you are attorney-in-charge.

       As you know, I have already made numerous requests to you, seeking the following:

    (1)      an opportunity to inspect, photograph, and videotape the premises at 228 Paredes Line Road;

    (2)      the names, addresses, and telephone numbers of the fact witnesses you previously mentioned and the names, addresses, and telephone numbers of any persons with relevant knowledge; and



Ms. Angela Nix
ATTORNEY AT LAW
November 28, 2000
Page 2

      (3)    an opportunity to depose your client, Jaclyn Olvera.

I explained all this to Mr. Hernandez and told him that we have already submitted to you our initial disclosures under Rule 26(a) and have provided you, at our own expense, with copies of the custodial death report and its attachments. We have also invited you to view numerous photographs we have in our possession. We also invite you to listen to certain audiotapes we have that may be relevant to the incident in question.

Mr. Hernandez told me that, schedule permitting, my clients and I would be allowed to inspect, photograph, and videotape the premises at 228 Paredes Line Road, inside and outside the house, sometime this week. I understand that you have a right to be there during the inspection. We also agreed that we would make available to you all photographs and videotapes generated in connection with the inspection. I have no objection to the terms of the inspection, provided that I be allowed to speak confidentially with my clients during the inspection. I am available any time this week to conduct the inspection. Please let me know in writing when you can allow us to inspect the premises.

I also asked Mr. Hernandez what facts he believed would support a claim under 42 U.S.C. § 1983 and, in particular, whether he had any witnesses who could support any such claims. Mr. Hernandez told me that he had personally met with and spoken with two witnesses, both of them eyewitnesses. One witness was allegedly painting a house next to 228 Paredes Line Road and saw the entire incident. The second witness was a neighbor of the Olvera family and also allegedly saw the entire incident. Both witnesses allegedly told Mr. Hernandez that David Olvera had his hands in the air and did not have a knife at the time of the shooting. Mr. Hernandez told me that he did not know the names, telephone numbers, or addresses of these witnesses, but that you had this information and would provide it to us as soon as we requested it. We hereby request that you provide us with the names, addresses, and telephone numbers of these two witnesses. We also renew our request for the other witnesses you mentioned earlier, including the witnesses who allegedly drove by and heard eighteen (18) gunshots and the funeral home witness who found many more gunshot wounds in David Olvera than were indicated in the police and autopsy reports. Please provide us with whatever information you have about these witnesses as soon as you have it.

Mr. Hernandez and I also discussed setting the oral deposition of Jaclyn Olvera. Mr. Hernandez stated that he would object to producing Ms. Olvera for her oral deposition before you have had an opportunity to depose Officers Pete Dominguez, Juan Salinas, and Juan Jose Treviño. We have no objection to producing these officers first in any order you wish, provided:

      (1)    they can be deposed within the next two weeks;
      (2)    provided that you produce all of your clients for oral deposition within the following two weeks in any order we wish; and

CVisPDF - www.fenrir.com

Ms. Angela Nix
ATTORNEY AT LAW
November 28, 2000
Page 3

(3)     provided that you provide us with the names, addresses, telephone numbers, or other relevant information you have regarding the eyewitnesses discussed above before the first deposition.

If this arrangement is agreeable to you, please let me know, and we can begin exchanging dates.  If I do not hear from you soon regarding this, however, I will have no choice but to start setting your clients' depositions.

Finally, Mr. Hernandez and I discussed whether you would be seeking remand of this matter to state court.  Mr. Hernandez seemed to think that our removal was premature, because you had not yet filed an original petition.  We believe, however, our removal was not premature, as you had clearly invoked 42 U.S.C. § 1983, clearly stating that you believed you had a claim under that statute.  Moreover, a case can be removed before an original petition is filed; where state law permits pleadings prior to filing the petition, for example, an application for restraining order, the time for removal runs from receipt of such pleadings.  *See Kiddie Rides USA, Inc. v. Elecktro-Mobiletechnik*, 579 F. Supp. 1476, 1479 (C.D. Ill. 1984).  We do not believe you will be able to prove a claim under 42 U.S.C. § 1983, and we believe the facts of this case will soon make this evident to you.  If, after examining the facts, you wish to forego a claim under 42 U.S.C. § 1983 or any other federal claim and stipulate in a writing to the Court that you will not bring any such claims, then we will gladly agree to remand this matter to state court.  Otherwise we must insist that this matter be continued in federal court.  Please let us know what you intend to do.

Very truly yours,

WILLETTE & GUERRA, L.L.P.

By: _George C. Kraehe_

George C. Kraehe

GCK/lsr

cc:

*Via Telefax (210) 731-6499*
Mr. Joe Hernandez
Ball & Weed
745 E. Mulberry, Suite 500
San Antonio, Texas 78212

*****************************************************************************

| | | | | | | | P. 01 |
|---|---|---|---|---|---|---|---|
| | | TRANSACTION REPORT | | | | NOV-28-00 TUE 11:35 AM | |
| DATE | START | RECEIVER | TX TIME | PAGES | TYPE | NOTE | M# DP |
| NOV-28 | 11:33 AM | 0870#00216*00#121073 | 1'25" | 3 | SEND | OK | 203 |

TOTAL :    1M 25S   PAGES:    3

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS
ALEX AGUIRRE*
EDUARDO G. GARZA
RYAN HENRY
GEORGE C. KRAEHE
CYNTHIA A. MALDONADO
ILENE PERALEZ*
LAWRENCE J. RABB
ALEXIA J. RODRIGUEZ
ELIZABETH SANDOVAL-CANTU*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266

November 28, 2000

*Via Telefax (956) 548-0522*
Ms. Angela Nix
**ATTORNEY AT LAW**
955 East Madison Street
Brownsville, Texas 78520

Re:     Civil Action No. B-00-172

```
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
X                                                                          P. 01    X
X          ─        TRANSACTION REPORT              ─                                X
X                                                          NOV-28-00 TUE 11:31 AM    X
X                                                                                    X
X    DATE  START    RECEIVER         TX TIME   PAGES TYPE        NOTE         M#  DP  X
X                                                                                    X
X   NOV-28 11:29 AM 0870#00216*00#548052  1'59"   3  SEND       OK           202     X
X                                                                                    X
X                                         TOTAL :   1M 59S  PAGES:   3               X
X                                                                                    X
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "ROBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS

ALEX AGUIRRE*
EDUARDO G. GARZA
RYAN HENRY
GEORGE C. KRAEHE
CYNTHIA A. MALDONADO
ILENE PERALEZ*
LAWRENCE J. RABB
ALEXIA J. RODRIGUEZ
ELIZABETH SANDOVAL-CANTU*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266

November 28, 2000

*Via Telefax (956) 548-0522*
Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

Re:     Civil Action No. B-00-172

# LAW OFFICES
## OF
## ANGELA P. NIX, P.C.

§

955 E. Madison
Brownsville, Texas 78520

Tel. (956) 548-0521                    Fax. (956) 548-0522

November 28, 2000

Mr. George Kraehe,
Willette & Guerra LLP                    SENT VIA FACSIMILE
3505 Boca Chica Blvd.                    (956) 541-1893
Ste. 460
Brownsville, Texas  78521

In re:  Civil Action No. B-00-172; Olvera, et al, vs. City of Brownsville, et al.
        Your file 00-216CW/GK

Dear Mr. Kraehe:

   To address your correspondence of 11-28-00 first.

1.  Mr. Joe Hernandez, of the San Antonio based firm of Ball & Weed will be assisting
    me in the matter of the Olvera Petition to Perpetuate.  At such time as a lawsuit is
    filed in this matter we will designate an official "lead counsel".  At this time I am in
    charge and Mr. Hernandez is a designated co-counsel, who I would your appreciate
    copying on all correspondence and filings.  Additionally, as I mentioned, due to
    inexperience in this field I will at times defer to Mr. Hernandez.  For example your
    refusal to discuss insurance as an "ethical consideration" when Mr. Hernandez
    informs me such information should have been forthcoming under the rules of civil
    procedure in the initial disclosure.

2.  Additionally, Mr. Hernandez informs me that although he conceded we would not
    videotape your inspection to preserve work-product, he never agreed to an
    unsupervised inspection of the premises and did in fact state that any inspection
    where individual representatives would be in the house for any period of time would
    be supervised by he, myself or designated representatives.  I note that your letter of
    11-28 does not address the concerns I voiced about unsupervised access as you stated
    it would.  Therefore, I will permit no inspection of the premises.  The premises will
    be preserved.



DEFENDANT'S
EXHIBIT
H

Page 2
11-28-00

3. As mentioned on the telephone, we are in possession of the name of two witnesses one who does not have a telephone and one who we have no additional information un. Other witnesses mentioned in passing have not been confirmed as yet and have no names . We will forward/disclose that information as well as other pertinent witness information as soon as it becomes available to us.

4. We will not permit the deposition of Jaclyn at this time. I am amazed that given the extent of the correspondence and telephone communications between yourself and Mr. Hernandez and my initial request to depose the officers, and his statement that he will provide our clients for depositions after the police officers have been deposed, you would still send out a deposition notice without discussing availability. I am in Court on 4 cases that day and am not available had you inquired. At such time as the children's depositions are amenably scheduled I would hope that we can obviate their missing a great deal of school ( which would be the case by scheduling them in the morning).

This matter is before the Court on a Petition to Perpetuate and Investigate filed by Plaintiffs. Although your demeanor thus far is more what would have been expected had you filed the Petition to Perpetuate, this remains Plaintiffs' filing and Plaintiff will proceed in an orderly and unhurried investigation of possible claims. To do otherwise only increases the possibility of mistake.

The next two weeks is not amenable to Plaintiffs to begin the depositions.

Also, please be advised that Richard Burst, Attorney for the County of Cameron has advised me this date of a conversation wherein you expressed that your clients had been served with the County paperwork? In the event that this is the case do you know where that paperwork is now ? It has not been forwarded or returned to this office.

Sincerely,

An Nix

Xc: Joe Hernandez

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS

ALEX AGUIRRE*
EDUARDO G. GARZA
RYAN HENRY
GEORGE C. KRAEHE
CYNTHIA A. MALDONADO
ILENE PERALEZ*
LAWRENCE J. RABB
ALEXIA J. RODRIGUEZ
ELIZABETH SANDOVAL-CANTU*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266

November 29, 2000

*Via Telefax (956) 548-0522*
Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

Re:     Civil Action No. B-00-172
        In Re: Petition for Mary Olvera, et al. vs.
        City of Brownsville, et al.
        For the Southern District of Texas
        Brownsville Division
        Our File No.  00-216  CW/GK

Dear Ms. Nix:

Please accept this letter as response to your letter of November 28, 2000.

Your letter states that we refused to discuss insurance as an "ethical consideration." This statement mischaracterizes our conversation with Joe Hernandez. To clarify, Mr. Hernandez asked us whether there was any coverage for the 42 U.S.C. § 1983 claims you intend to bring. I told him that I did not know and that it would be unethical for me to provide him with an opinion regarding coverage. I will, however, make available to you all insurance information required to be disclosed under the Federal Rules of Civil Procedure and the Local Rules once it is in my possession.

Your letter also mischaracterizes my understanding regarding inspection of the premises at 228 Paredes Line Road. You state that I did not address the concerns you voiced about unsupervised access of the premises. In fact, my letter does address these concerns, stating as follows:



DEFENDANT'S
EXHIBIT
I

Ms. Angela Nix
ATTORNEY AT LAW
November 29, 2000
Page 2

> Mr. Hernandez told me that, schedule permitting, my clients and I would be allowed to inspect, photograph, and videotape the premises at 228 Paredes Line Road, inside and outside the house, sometime this week. *I understand that you have a right to be there during the inspection.* We also agreed that we would make available to you all photographs and videotapes generated in connection with the inspection. *I have no objection to the terms of the inspection, provided that I be allowed to speak confidentially with my clients during the inspection.* I am available any time this week to conduct the inspection.

(Emphasis added.) We of course will do nothing to destroy evidence on the premises, or plant drugs, as you strangely suggested we might. I hope these promises sufficiently address your concerns, and I again ask that you allow me to inspect the premises this week, as previously agreed. If I do not hear from you on this by 2:00 p.m. November 29, 2000, I will seek immediate relief from the Court.

You state in your letter that you "are in possession of the name of two witnesses," but you do not give us the names of these witnesses. We have repeatedly asked you to disclose the names of these witnesses, and you have repeatedly refused to provide us with their names. If you do not provide us with the names of these witnesses by 2:00 p.m. November 29, 2000, we will seek relief from the Court.

You state that you will not allow us to take the oral deposition of Jaclyn Olvera at this time. You further state that you wish first to take the oral depositions of the police officers. As stated earlier, we are willing to produce the police officers for deposition first, provided they are deposed during the next two weeks. We are a little confused in that you your motion to perpetuate argued that the police officers' depositions had to be taken immediately, but weeks have passed and you have done nothing to schedule these depositions. We have done nothing at all to prevent you from taking these depositions and have in fact agreed to produce the officers during the next two weeks for deposition, and still you have done nothing to schedule their depositions. If the officers' depositions need to be taken so urgently, why have you done nothing to schedule them? We, on the other hand, also have a need to conduct discovery, and we cannot delay doing so while we wait for you. If you cannot agree to our proposal or some other reasonable schedule, then we must continue with our discovery by taking the oral deposition of Jaclyn Olvera. If you are not available on the date already noticed, please provide us with dates when you are available. We would also like to put you on notice of our wish to take the oral depositions of your other clients and request dates when they can be made available. I am available on any day between now and December 18, 2000. I am willing to make reasonable arrangements to schedule the depositions in a manner that will accommodate your clients' schedules.

Finally, you state that we have certain "County paperwork." We are not sure what you mean by this, but provide herewith copies of documents with think may be responsive.

Ms. Angela Nix
ATTORNEY AT LAW
November 29, 2000
Page 3

Very truly yours,

WILLETTE & GUERRA, L.L.P.

By: _George C. Kraehe_

George C. Kraehe

GCK/lsr

cc:
    *__Via Telefax (210) 731-6499__*
    Mr. Joe Hernandez
    Ball & Weed
    745 E. Mulberry, Suite 500
    San Antonio, Texas 78212

Case 1:00-cv-00172   Document 6   Filed in TXSD on 12/05/2000   Page 31 of 35

Precept to Serve                          Lit. Seq. # 5.00 .01

No. 2000-10-004412-A

THE   STATE   OF   TEXAS           COPY

IN RE: MARY OLVERA INDIV., ET AL          In The District Court

VS.                                       107th Judicial District

CITY OF BROWNSVILLE, ET AL                Cameron County, Texas

TO THE SHERIFF OR ANY CONSTABLE OF ANY COUNTY OF THE STATE OF TEXAS OR ANY
OFFICER OR PERSON AUTHORIZED TO SERVE CITATIONS), GREETING:

YOU ARE HEREBY COMMANDED that you serve
CITY OF BROWNSVILLE
C/O MR LANNY LAMBERT
CITY MANAGER
12TH & MARKET SQUARE
BROWNSVILLE TEXAS 78520

RECEIVED
OCT 31 2000
CITY OF BROWNSVILLE
CITY ATTORNEY'S OFFICE

the _____ DEFENDANT _____ in the above numbered and entitled cause with the

accompanying certified copy of

TEMPORARY RESTRAINING ORDER AND ORDER SETTING HEARING FOR TEMPORARY ORDERS
AND COPY OF PETITION TO PERPETUATE TESTIMONY AND EVIDENCE

HEREIN FAIL NOT, but of this Writ make due return showing how you have

executed the same.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, this the 27th day of

OCTOBER , A.D. 2000.

ATTEST:   AURORA DE LA GARZA , Clerk, District Courts
Cameron County, Texas

By: Leticia Rodriguez , Deputy

ATTORNEY:
HON. ANGELA P. NIX
955 EAST MADISON ST
BROWNSVILLE TX 78520

--------------------------------------------------------------------

RETURN   OF   OFFICER

Came to hand the 27 day of Oct. , 2000 , at 5:00 o'clock P.M., and

executed (not executed) on the 31 day of Oct , 2000 , by delivering to

Mr. Lanny Lambert in person a true copy of this Citation,

upon which I endorsed the date of delivery, together with the accompanying copy

of the T.R.O. & Order setting hearing for temp orders etc. .

Cause of failure to execute this citation is: _____

C. P.

FEES serving 1 copy
Total....... $_____          Sheriff/constable Cameron . County TEXAS

Fees paid by:_____          By R. Garza _____ Deputy

CutePDF - www.cutepdf.com

Case 1:00-cv-00172   Document 6   Filed in TXSD on 12/05/2000   Page 32 of 35

Citation for Personal Service  - GENERAL _____     Lit. Seq. # : 004.01

No. 2000-10-004412-A

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: CAMERON COUNTY SHERIFF'S DEPARTMENT ____
    C/O OMAR LUCIO, SHERIFF _____
    954 EAST HARRISON _____
    BROWNSVILLE  TEXAS 78520 _____

the _____ DEFENDANT _____, GREETING:

You are commanded to appear by filing a written answer to the

PETITION TO PERPETUATE TESTIMONY AND EVIDENCE, APPLICATION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND REQUEST FOR TEMPORARY ORDERS/ORDER SETTING HRG

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____ PETITION _____ was filed on OCTOBER 27, 2000 .  A copy of same accompanies this citation.

The file number of said suit being No. 2000-10-004412-A.

The style of the case is:

IN RE: MARY OLVERA INDIV., ET AL _____
VS.
CITY OF BROWNSVILLE, ET AL _____

Said petition was filed in said court by _____ HON. ANGELA P. NI _____ (Attorney for _____ PLAINTIFF _____), whose address is 955 EAST MADISON ST BROWNSVILLE  TX  78520 _____.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 27th day of OCTOBER , A.D. 2000.

AURORA DE LA GARZA _____, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By: _____, Deputy

Case 1:00-cv-00172   Document 6    Filed in TXSD on 12/05/2000   Page 33 of 35

# R E T U R N   O F   O F F I C E R

Came to hand the _27_ day of _Oct._ , _2000_, at _5:00_ o'clock _?_.M., and
executed (not executed) on the _31_ day of ~~day Oct.~~ _Oct._, _2000_, by d livering to
_____ Mr. Lonny Lambert _____ in person a true copy of t is Citation,
upon which I endorsed the date of delivery, together with the accom anying copy
of the _Petition to Perpetuate testimony & Evidence, Application for Ex Parte etc._

Cause of failure to execute this citation is: _____ _____

_____ C. P _____ .

FEES serving 1 copy      _____ _____
Total....... $_____     Sheriff/constable _Cameron_____ Coun y, TEXAS
Fees paid by:_____     By _____ _____ Deputy

```
**************************************************************************
*                                                                    P. 01
*       ·  ,           —      TRANSACTION REPORT        —
*                                              NOV-29-00 WED 12:25 PM
*
*    DATE  START    RECEIVER        TX TIME   PAGES TYPE      NOTE         M#  DP
*----------------------------------------------------------------------------
*   NOV-29 12:23 PM 0870#00216*00#121073  1'40"    6  SEND       OK           226
*----------------------------------------------------------------------------
*
*                                      TOTAL :     1M 40S  PAGES:   6
*
**************************************************************************
```

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS

ALEX AGUIRRE*
EDUARDO G. GARZA
RYAN HENRY
GEORGE C. KRAEHE
CYNTHIA A. MALDONADO
ILENE PERALEZ*
LAWRENCE J. RABB
ALEXIA J. RODRIGUEZ
ELIZABETH SANDOVAL-CANTU*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266

November 29, 2000

_**Via Telefax (956) 548-0522**_
Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

Re:   Civil Action No. B-00-172
      In Re: Petition for Mary Olvera, et al. vs.

```
***********************************************************************
*                      TRANSACTION REPORT
*                                                   NOV-29-00 WED 12:22 PM
*
*   DATE START   RECEIVER        TX TIME  PAGES TYPE       NOTE            M# DP
*-----------------------------------------------------------------------
*  NOV-29 12:18 PM 0870#00216×00#548052   3'36"    6  SEND        OK          225
*-----------------------------------------------------------------------
*
*                                  TOTAL :    3M 36S  PAGES:   6
*
***********************************************************************
```

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS
----------
ALEX AGUIRRE*
EDUARDO G. GARZA
RYAN HENRY
GEORGE C. KRAEHE
CYNTHIA A. MALDONADO
ILENE PERALEZ*
LAWRENCE J. RABB
ALEXIA J. RODRIGUEZ
ELIZABETH SANDOVAL-CANTU*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266

November 29, 2000

***Via Telefax (956) 548-0522***
Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

Re:    Civil Action No. B-00-172
In Re: Petition for Marv Olvera. et al. vs.