IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE: PETITION OF MARY OLVERA Individually and as Next Friend of IRIS DENISE OLVERA, DEBBIE MICHELLE OLVERA, and JACLYN OLVERA MINOR CHILDREN, § § § § § § VS. § § CITY OF BROWNSVILLE, BROWNSVILLE POLICE DEPARTMENT, CAMERON COUNTY SHERIFF'S DEPT., COUNTY OF CAMERON, PETE DOMINGUEZ, Indiv. and in his official capacity as Policeman, JUAN SALINAS, Indiv. and in his official capacity as Policeman, JUAN JOSE TREVIÑO, Indiv. and in his official capacity as Policeman, JOHN DOES' ONE through FOUR § § § § § § § § § § § | CIVIL ACTION NO. B-00-172 (JURY REQUESTED) |

United States District Court
Southern District of Texas
ENTERED

DEC 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER SETTING HEARING

PLEASE TAKE NOTICE that Defendants' Motion for Order Respecting Extrajudicial Communications is scheduled for hearing at _10:00_ o'clock on the _8TH_ day of _DECEMBER_, 2000, in the U.S. District Court for the Southern District of Texas, Brownsville Division.

11

SIGNED FOR ENTRY this \_\_\_6\_\_\_ day of \_\_DECEMBER\_\_, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

xc:  George C. Kraehe
     Angela P. Nix

9