IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IN RE: PETITION OF MARY OLVERA § | |
| Individually and as Next Friend of IRIS § | |
| DENISE OLVERA, DEBBIE MICHELLE § | |
| OLVERA, and JACLYN OLVERA § | |
| MINOR CHILDREN, § | |
| § | CIVIL ACTION NO. B-00-172 |
| VS. § | (JURY REQUESTED) |
| § | |
| CITY OF BROWNSVILLE, BROWNSVILLE § | |
| POLICE DEPARTMENT, CAMERON § | |
| COUNTY SHERIFF'S DEPT., COUNTY § | |
| OF CAMERON, PETE DOMINGUEZ, § | |
| Indiv. and in his official capacity as Policeman, § | |
| JUAN SALINAS, Indiv. and in his § | |
| official capacity as Policeman, JUAN JOSE § | |
| TREVIÑO, Indiv. and in his official capacity § | |
| as Policeman, JOHN DOES' ONE through FOUR § | |

## ORDER SETTING HEARING

PLEASE TAKE NOTICE that Defendants' Motion to Compel Inspection and Motion for Expedited Hearing is scheduled for hearing at _10:00_ o'clock on the _8TH_ day of _DECEMBER_, 2000, in the U.S. District Court for the Southern District of Texas, Brownsville Division.

SIGNED FOR ENTRY this  6th  day of  DECEMBER, 2000.

_____
U.S. MAGISTRATE JUDGE

xc:    George C. Kraehe
        Angela P. Nix

12