*19*

United States District Court
Southern District of Texas
FILED

DEC 0 8 2000

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANTS' MOTION TO COMPEL INSPECTION AND MOTION FOR EXPEDITED HEARING AND DEFENDANTS' MOTION FOR ORDER RESPECTING EXTRAJUDICIAL COMMUNICATIONS

CIVIL ACTION NO. B-00-172          DATE & TIME:  12-08-00 AT 10:00 A.M.

IN RE: PETITION OF MARY OLVERA      PLAINTIFF(S)  ANGELA NIX
                                    COUNSEL

VS.

CITY OF BROWNSVILLE, ET AL.         DEFENDANT(S)  CHARLES WILLETTE
                                    COUNSEL        GEORGE KRAEHE

---

Attorneys Angela Nix, George Kraehe and Joe Hernandez appeared.

Defendants' Motion to Compel will be granted.
Defendants' Motion for Order Respecting Extrajudicial Communications is Moot.