12

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

DEC 1 4 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-00-172 | DATE & TIME: 12-14-00 AT 2:00 P.M. |
| IN RE: MARY OLVERA, ET AL. | PLAINTIFF(S) ANGELA NIX<br>COUNSEL |
| VS. | |
| CITY OF BROWNSVILLE, ET AL. | DEFENDANT(S) CHARLES WILLETTE, JR.<br>COUNSEL GEORGE KRAEHE |

---

CSO: Roy Zepeda
ERO: Linda Garcia

    Attorneys Joe Hernandez, Angela Nix and George Kraehe appeared.

    Motion for Remand is taken under advisement.