15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
FILED / Entered
FEB 13 2001
Michael N. Milby
Clerk of Court
By: [signature]

| | |
|---|---|
| IN RE: PETITION OF MARY OLVERA Individually and as Next Friend of IRIS DENISE OLVERA, DEBBIE MICHELLE OVERA, and JACLYN OLVERA, MINOR CHILDREN, § § § § § § § § Plaintiff, § § VS. § § CITY OF BROWNSVILLE, § BROWNSVILLE POLICE § DEPARTMENT, CAMERON § COUNTY SHERIFF'S DEPT., § COUNTY OF CAMERON, PETE § DOMINGUEZ, Indiv. and in his § official capacity as Policeman JUAN § SALINAS, Indiv. and in his official § capacity as Policeman, JUAN JOSE § TREVINO, Indiv. and in his official § capacity as Policeman, JOHN DOES § ONE through FOUR, § § Defendants. § | CIVIL ACTION NO. B-00-172 |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of January 17, 2001 should be **ADOPTED**.

IT IS ORDERED that Petitioner Mary Olvera's Motion to Remand (Docket No. 9) be **GRANTED**.

DONE in Brownsville, Texas, on this 13th day of February, 2001.

_____
Filemon B. Vela
United States District Court Judge