17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IN RE: PETITION OF MARY OLVERA, § <br> Individually and as Next Friend of IRIS § <br> DENISE OLVERA, DEBBIE MICHELLE § <br> OLVERA, and JACLYN OLVERA, § <br> MINOR CHILDREN, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CITY OF BROWNSVILLE, § <br> BROWNSVILLE POLICE § <br> DEPARTMENT, CAMERON COUNTY § <br> SHERIFF'S DEPARTMENT, COUNTY § <br> OF CAMERON, PETE DOMINGUEZ, § <br> Individually and in his official capacity as § <br> Policeman, JUAN JOSE TREVINO, § <br> Individually and in his official capacity as § <br> Policeman, JOHN DOES ONE through § <br> FOUR, § <br> § <br> Defendants. § | CIVIL ACTION NO. B-00-172 |

**ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION
OF ORDER OF REMAND**

Pending before the Court is Defendants' Motion for Reconsideration of Order of Remand (Docket No. 16). After due consideration of the facts, pleadings, and law, the Court is in agreement with Judge Kendall of the Northern District of Texas and is of the opinion that a petition filed in State Court in accordance with Texas Rule of Civil Procedure 202 is not removable. *See Mayfield-George v. Texas Rehabilitation Commission,* 197 F.R.D. 280 (N.D.Tex.2000). The Court also takes notice that at the time of the adoption of Magistrate Judge Black's Report and Recommendation remanding this case to State Court, there was no objection on record to said Report and Recommendation by the Defendants. Further, the Court takes notice that at the conclusion of

discovery performed in accordance with T.R.C.P. 202, there may not ensue therefrom a cause of action that conforms to the Federal requirements for jurisdiction.

It is, therefore, ORDERED, ADJUDGED, and DECREED that Defendants' Motion for Reconsideration of Order of Remand is hereby DENIED.

IT IS SO ORDERED.

SIGNED this the 17th day of MAY, 2001 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge